| Attorney or Party without Attorney:<br>FENWICK & WEST LLP<br>801 CALIFORNIA ST.<br>MOUNTAIN VIEW, CA 94041<br>Telephone No: 650-988-8500    FAX No: 650-938-5200 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Northern District Of Calif. (San Jose) |

Plaintiff: SAP AKTIENGESELLSCHAFT
Defendant: i2 TECHNOLOGIES, INC.

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-04187JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; ADR DISPUTE RESOLUTION PROCEDURES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE RE: WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

3. a. Party served:        i2 TECHNOLOGIES, INC., A DELAWARE CORPORATION
   b. Person served:       MARA VELASQUEZ, PROCESS SPECIALIST AUTHORIZED TO ACCEPT

4. Address where the party was served:    C/O CT CORPORATION
                                          818 WEST SEVENTH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 17, 2007 (2) at: 9:54AM

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RONALD BONILLA             d. *The Fee for Service was:*   $84.65
   b. **PROLEGAL, INC.**          e. I am: (3) registered California process server
      1706 S. FIGUEROA ST.              (i) Employee
      LOS ANGELES, CA 90015             (ii) Registration No.:    3015
   c. 213-481-8100                      (iii) County:

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Aug. 17, 2007

Judicial Council Form          PROOF OF SERVICE            (RONALD BONILLA)
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS CIVIL/CASE                          fenwe.21927