1  LYNN H. PASAHOW (CSB No. 054283)
   (lpasahow@fenwick.com)
2  DAVID L. HAYES (CSB No. 122894)
   (dhayes@fenwick.com)
3  SAINA SHAMILOV (CSB No. 216636)
   (sshamilov@fenwick.com)
4  HECTOR RIBERA (CSB No. 221511)
   (hribera@fenwick.com)
5  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
6  Mountain View, CA 94041
   Telephone:    (650) 988-8500
7  Facsimile:    (650) 938-5200

8  Attorneys for Plaintiff
   SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07-04187 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
|---|---|

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE UDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 5, 2007                    FENWICK & WEST LLP

                                            By:        /s/Saina S. Shamilov
                                                         Saina S. Shamilov

                                            Attorneys for Plaintiff SAP Aktiengesellschaft

CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE                                                CASE NO. C 07-04187 JCS