1  LYNN H. PASAHOW (CSB No. 054283)
    (lpasahow@fenwick.com)
2  DAVID L. HAYES (CSB No. 122894)
    (dhayes@fenwick.com)
3  SAINA SHAMILOV (CSB No. 216636)
    (sshamilov@fenwick.com)
4  HECTOR RIBERA (CSB No. 221511)
    (hribera@fenwick.com)
5  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
6  Mountain View, CA  94041
   Telephone:     (650) 988-8500
7  Facsimile:     (650) 938-5200

8  Attorneys for Plaintiff
   SAP AKTIENGESELLSCHAFT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>         Defendant. | Case No.  C 07-04187 JCS<br><br>**PROOF OF SERVICE** |

I, Valerie Schmitt, declare as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Fenwick & West LLP, 801 California Street, Mountain View, CA 94041.

On **September 6, 2007**, I served a copy of the following document(s):  **CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE** on the interested parties in the subject action by serving a true copy thereof as indicated below:

Scott Lascala
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, Delaware 19801-1120

PROOF OF SERVICE                                                                                           CASE NO. C 07-04187 JCS

1  ☒  **BY U.S. MAIL:** I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. The envelope(s) bearing the address(es) above was sealed and mailed U.S. on the date below following our ordinary business practices.

☐  **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐  **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

☐  **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  September 6, 2007

_____
Valerie Schmitt