| | |
|---|---|
| 1 | LYNN H. PASAHOW (CSB No. 054283) |
|   | (lpasahow@fenwick.com) |
| 2 | DAVID L. HAYES (CSB No. 122894) |
|   | (dhayes@fenwick.com) |
| 3 | SAINA SHAMILOV (CSB No. 216636) |
|   | (sshamilov@fenwick.com) |
| 4 | HECTOR RIBERA (CSB No. 221511) |
|   | (hribera@fenwick.com) |
| 5 | FENWICK & WEST LLP |
|   | Silicon Valley Center |
| 6 | 801 California Street |
|   | Mountain View, CA  94041 |
| 7 | Telephone:     (650) 988-8500 |
|   | Facsimile:      (650) 938-5200 |

Attorneys for Plaintiff
SAP Aktiengesellschaft

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation, <br><br> Plaintiff, <br><br> v. <br><br> i2 TECHNOLOGIES, INC., a Delaware corporation <br><br> Defendant. | **Case No.  3:07-cv-04187-JCS** <br><br> **NOTICE OF APPEARANCE OF MICHAEL J. SACKSTEDER ON BEHALF OF PLAINTIFF SAP AKTIENGESELLSCHAFT** |

Michael J. Sacksteder of Fenwick & West LLP ("Plaintiff's Counsel") hereby enters his appearance on behalf of Plaintiff SAP AKTIENGESELLSCHAFT.

For purposes of receipt of Notices of Electronic Filing, Plaintiff's Counsel's e-mail address is as follows:     Michael J. Sacksteder     msacksteder@fenwick.com

Dated: September 17, 2007     FENWICK & WEST LLP

By: /s/ Michael J. Sacksteder
    MICHAEL J. SACKSTEDER

Attorneys for Plaintiff
SAP Aktiengesellschaft

NOTICE OF APPEARANCE OF MICHAEL J.
SACKSTEDER ON BEHALF OF PLAINTIFF     Case No. 3:07-CV-04187-JCS
SAP AKTIENGESELLSCHAFT

24320/00402/LIT/1273127.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| PLAINTIFF SA NOTICE OF APPEARANCE OF MICHAEL J. SACKSTEDER ON BEHALF OF PLAINTIFF SAP AKTIENGESELLSCHAFT'S | 2 | Case No. 3:07-CV-04187-JCS |