```
 1  LYNN H. PASAHOW (CSB No. 054283)
      (lpasahow@fenwick.com)
 2  DAVID L. HAYES (CSB No. 122894)
      (dhayes@fenwick.com)
 3  SAINA SHAMILOV (CSB No. 216636)
      (sshamilov@fenwick.com)
 4  HECTOR RIBERA (CSB No. 221511)
      (hribera@fenwick.com)
 5  FENWICK & WEST LLP
    Silicon Valley Center
 6  801 California Street
    Mountain View, CA  94041
 7  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
 8
    Attorneys for Plaintiff
 9  SAP Aktiengesellschaft
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation<br><br>Defendant. | Case No.  3:07-cv-04187-JCS<br><br>**PROOF OF PERSONAL SERVICE UPON AGENT FOR SERVICE OF PROCESS** |

PROOF OF PERSONAL SERVICE                                   Case No. 3:07-CV-04187-JCS

# Affidavit of Process Server

| SAP AKTIENGESELLSCHAFT | VS i2 TECHNOLOGIES, INC | 3:07 CV 04187 JCS |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, BARRY EVELAND being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served i2 TECHNOLOGIES, INC
NAME OF PERSON / ENTITY BEING SERVED
with (list documents) PLAINTIFFS' SAP AKTIENGESELLSCHAFT'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

by leaving with SCOTT LASCALA          PROCESS AGENT          At
            NAME                        RELATIONSHIP

☐ Residence _____
            ADDRESS                    CITY / STATE

☒ Business  C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE
            ADDRESS                    CITY / STATE

On 9/17/07          AT 1:15 PM
   DATE                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
     CITY        STATE         ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____  (2) _____
                                                 DATE    TIME        DATE    TIME
(3) _____  (4) _____  (5) _____
    DATE    TIME       DATE    TIME        DATE    TIME

AGE  30   Sex M   Race WH   Height 5'9   Weight 180   HAIR BLACK

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 17TH day of SEPTEMBER, 2007.

_____
SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
KEVIN DUNN     NOTARY PUBLIC
NEW CASTLE COUNTY STATE OF DELAWARE
MY COMMISSION EXPIRES NOV. 23, 2010

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS