PAUL, HASTINGS, JANOFSKY & WALKER LLP
NED N. ISOKAWA (SB# 66287)
nedisokawa@paulhastings.com
JASON K. SONODA (SB# 248105)
jasonsonoda@paulhasting.com
55 Second Street, Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

MCKOOL SMITH, P.C.
THEORDORE STEVENSON, III (*pro hac vice* application to be filed)
tstevenson@mckoolsmith.com
SCOTT W. HEJNY (*pro hac vice* application to be filed)
shejny@mckooksmith.com
LUKE F. MCLEROY (*pro hac vice* application to be filed)
lmcleroy@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044 (fax)
www.mckoolsmith.com

Attorneys for Defendant
i2 Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, A German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:07-cv-04187-JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff SAP Aktiengesellschaft ("Plaintiff"), and Defendant i2 Technologies, Inc. ("Defendant") through their respective undersigned counsel, stipulate as follows:

WHEREAS, the date by which Defendant must respond to the First Amended Complaint is currently October 1, 2007; and

WHEREAS, Defendant has requested additional time to consider the allegations raised in the First Amended Complaint;

NOW THEREFORE, pursuant to Civil L.R. 6-1(a) the parties hereby stipulate that the date by which Defendant must file and serve a response to the First Amended Complaint be continued by fourteen (14) days, up to and including October 15, 2007.

DATED: September 28, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP
NED N. ISOKAWA


By:    /s/ Ned N. Isokawa
            Ned N. Isokawa

Attorneys for Defendant
i2 Technologies

DATED: September 28, 2007    FENWICK & WEST LLP
MICHAEL J. SACKSTEDER


By:    /s/ Michael J. Sacksteder
            Michael J. Sacksteder

Attorneys for Plaintiff
SAP Aktiengesellschaft

LEGAL_US_W # 57189203.1