1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   NED N. ISOKAWA (SB# 66287)
2  nedisokawa@paulhastings.com
   JASON K. SONODA (SB# 248105)
3  jasonsonoda@paulhasting.com
   55 Second Street, Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6

   MCKOOL SMITH, P.C.
7  THEODORE STEVENSON, III (*pro hac vice* application to be filed)
   tstevenson@mckoolsmith.com
8  SCOTT W. HEJNY (*pro hac vice* application to be filed)
   shejny@mckooksmith.com
9  LUKE F. MCLEROY (*pro hac vice* application to be filed)
   lmcleroy@mckoolsmith.com
10 300 Crescent Court, Suite 1500
   Dallas, TX 75201
11 (214) 978-4000
   (214) 978-4044 (fax)
12 www.mckoolsmith.com

13 Attorneys for Defendant
   i2 Technologies, Inc.
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

19 SAP AKTIENGESELLSCHAFT, A            CASE NO. 3:07-cv-04187-JCS
   German corporation,
20                                      **DISCLOSURE OF i2 TECHNOLOGIES,**
              Plaintiff,                **INC. PURSUANT TO FEDERAL RULE OF**
21                                      **CIVIL PROCEDURE 7.1**
       vs.
22

23 i2 TECHNOLOGIES, INC., a Delaware
   corporation,
24
              Defendant.
25

26

27

28

Case No. 3:07-cv-04187-JCS

DISCLOSURE OF I2 TECHNOLOGIES, INC.
PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 7.1

1   Pursuant to Fed. R. Civ. P. 7.1, i2 Technologies, Inc., by and through its
2   undersigned attorneys, hereby certifies as follows:

3

4   1.   i2 Technologies, Inc. has no parent corporations.

5

6   2.   No publicly-held corporations own more than 10% of the stock of i2
7   Technologies, Inc.

Dated: October 12, 2007        PAUL, HASTINGS, JANOFSKY & WALKER LLP

                               By:         /s/ Ned N. Isokawa
                                           Ned N. Isokawa

                               OF COUNSEL:

                               MCKOOL SMITH, P.C.

                               Theodore Stevenson, III (*pro hac vice* application to be filed)
                               Scott W. Hejny (*pro hac vice* application to be filed)
                               Luke F. McLeroy (*pro hac vice* application to be filed)


                               Attorneys for Defendant
                               i2 Technologies

LEGAL_US_W # 57296589.1