PAUL, HASTINGS, JANOFSKY & WALKER LLP
NED N. ISOKAWA (SB# 66287)
nedisokawa@paulhastings.com
JASON K. SONODA (SB# 248105)
jasonsonoda@paulhasting.com
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

MCKOOL SMITH, P.C.
THEODORE STEVENSON, III (*pro hac vice* application to be filed)
tstevenson@mckoolsmith.com
SCOTT W. HEJNY (*pro hac vice* application to be filed)
shejny@mckooksmith.com
LUKE F. MCLEROY (*pro hac vice* application to be filed)
lmcleroy@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
(214) 978-4044 (fax)
www.mckoolsmith.com

Attorneys for Defendant
i2 Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. 3:07-cv-04187-JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 16, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____/s/ Ned N. Isokawa_____
           Ned N. Isokawa

OF COUNSEL:

MCKOOL SMITH, P.C.

Theodore Stevenson, III (*pro hac vice* application to be filed)
Scott W. Hejny (*pro hac vice* application to be filed)
Luke F. McLeroy (*pro hac vice* application to be filed)


Attorneys for Defendant
i2 Technologies

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On October 16, 2007, I served a true and correct copy of

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☒ **VIA ELECTRONIC MAIL:**

Pursuant to the operation of the U.S. District Court for the Northern District of California E-Filing system, all parties above have been served via e-mail; per Local Rule 5-4 and General Order 45.

as follows:

Michael J. Sacksteder
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco CA 94104

Hector J. Ribera
Fenwick & West LLP
Silicon Valley Street
801 California Street
Mountain View, CA 94041

Lynn Harold Pasahow
Fenwick & West LLP
Silicon Valley Street
801 California Street
Mountain View, CA 94041

Saina Sason Shamilov
Fenwick & West LLP
Silicon Valley Street
801 California Street
Mountain View, CA 94041

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 16, 2007, at San Francisco, California.

By: ___/s/ Laura M. Raabe___
Laura M. Raabe

LEGAL_US_E # 76795806.1

Case No. 3:07-cv-04187-JCS

PROOF OF SERVICE BY
ELECTRONIC MAIL