**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                           415.522.2000

**October 17, 2007**

**CASE NUMBER:  CV 07-04187 JCS**
**CASE TITLE:  SAP AKTIENGESELLSCHAFT-v-I2 TECHNOLOGIES**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable SAUNDRA BROWN ARMSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/17/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                          Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                    Entered in Computer 10/17/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA