LYNN H. PASAHOW (CSB No. 054283)
  (lpasahow@fenwick.com)
DAVID L. HAYES (CSB No. 122894)
  (dhayes@fenwick.com)
SAINA SHAMILOV (CSB No. 216636)
  (sshamilov@fenwick.com)
HECTOR RIBERA (CSB No. 221511)
  (hribera@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
SAP Aktiengesellschaft

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation<br><br>　　　　　Defendant. | Case No.  3:07-cv-04187-JCS<br><br>**NOTICE OF APPEARANCE OF TODD GREGORIAN ON BEHALF OF PLAINTIFF SAP AKTIENGESELLSCHAFT** |

Todd Gregorian of Fenwick & West LLP ("Plaintiff's Counsel") hereby enters his

appearance on behalf of Plaintiff SAP AKTIENGESELLSCHAFT.

For purposes of receipt of Notices of Electronic Filing, Plaintiff's Counsel's e-mail

address is as follows:        Todd Gregorian        tgregorian@fenwick.com

Dated: October 18, 2007                FENWICK & WEST LLP


                                       By:  /s/ Todd R. Gregorian
                                              TODD R. GREGORIAN

                                       Attorneys for Plaintiff
                                       SAP Aktiengesellschaft

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

NOTICE OF APPEARANCE OF TODD R.
GREGORIAN ON BEHALF OF PLAINTIFF
SAP AKTIENGESELLSCHAFT

Case No. 3:07-CV-04187-JCS