McKOOL SMITH, P.C.
LUKE F. MCLEROY@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4235
Facsimile: (214) 978-4044
www.mckoolsmith.com

Attorneys for Defendant
i2 Technologies, Inc.

FILED
2007 NOV 16 PM 3:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, A German corporation,<br>Plaintiff,<br>vs.<br>i2 TECHNOLOGIES, INC., a Delaware Corporation,<br>Defendant. | Case No.: Civil Action 3:07-cv-04187-SBA<br><br>APPLICATION FOR ADMISSION OF ATTORNEY |

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Civil L.R. 11-3, Luke F. McLeroy, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing i2 Technologies, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4 of the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Ned N. Isokawa
>Paul, Hastings, Janofsky & Walker LLP
>55 Second Street, Twenty-fourth Floor
>San Francisco, CA 94105-3441
>(415) 856-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/12/07

McKool Smith, P.C.

By: _____
Luke F. McLeroy
Texas State Bar No. 24041455
300 Crescent Court, Suite 1600
Dallas, Texas 75201
Telephone: (214) 978-2000
Facsimile: (214) 978-4044

Attorneys for Defendant
i2 Technologies, Inc.

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001511
Cashier ID: piercec
Transaction Date: 11/16/2007
Payer Name: McKool Smith

PRO HAC VICE
For: Luke F McLeroy
Case/Party: D-CAN-4-07-AT-PROHAC-001
Amount:         $210.00

CHECK
Check/Money Order Num: 59100
Amt Tendered:   $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-4187-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```