

McKOOL SMITH, P.C.
SCOTT W. HEJNY
shejny@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4241
Facsimile: (214) 978-4044
www.mckoolsmith.com

Attorneys for Defendant
i2 Technologies, Inc.

RECEIVED
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO. 3:07-cv-04187-SBA<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Luke F. McLeroy, an active member in good standing of the bar of Texas, whose business address and telephone number is:

> McKool Smith, P.C.
> 300 Crescent Court, Suite 1500
> Dallas, Texas 75201
> (214) 978-4974

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing i2 Technologies, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1 | *vice.* Service of papers upon and communication with co-counsel designed in the application will
2 | constitute notice to the party. All future filings in this action are subject to the requirements
3 | contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____   _____
United States Magistrate Judge

LEGAL_US_W # 57583728.1

Case No. 3:07-cv-04187-SBA

-2-

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*