1  McKOOL SMITH, P.C.
   SCOTT W. HEJNY
2  shejny@mckoolsmith.com
   300 Crescent Court, Suite 1500
3  Dallas, Texas 75201
   Telephone:  (214) 978-4241
4  Facsimile:  (214) 978-4044
   www.mckoolsmith.com
5
   Attorneys for Defendant
6  i2 Technologies, Inc.

RECEIVED

NOV 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:07-cv-04187-SBA<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

THEODORE STEVENSON, III, an active member in good standing of the bar of Texas, whose business address and telephone number is:

> McKool Smith, P.C.
> 300 Crescent Court, Suite 1500
> Dallas, Texas 75201
> (214) 978-4974

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing i2 Technologies, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____

_____
United States Magistrate Judge

LEGAL_US_W # 57583811.1