1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**McKOOL SMITH, P.C.**
**SCOTT W. HEJNY**
shejny@mckoolsmith.com
**300 Crescent Court, Suite 1500**
**Dallas, Texas 75201**
**Telephone:  (214) 978-4241**
**Facsimile:  (214) 978-4044**
**www.mckoolsmith.com**

**Attorneys for Defendant**
**i2 Technologies, Inc.**



FILED

2007 NOV 16  PM 3: 50

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, A German corporation,<br>      Plaintiff,<br>vs.<br><br>i2 TECHNOLOGIES, INC., a Delaware Corporation,<br>      Defendant. | ) Case No.: Civil Action 3:07-cv-04187-SBA<br>)<br>)<br>) **APPLICATION FOR ADMISSION OF**<br>) **ATTORNEY**<br>)<br>)<br>) |

19  TO THE HONORABLE JUDGE OF SAID COURT:

20       Pursuant to Civil L.R. 11-3, Scott W. Hejny, an active member in good standing of the

21  bar of Texas, hereby applies for admission to practice in the Northern District of California on a

22  pro hac vice basis representing i2 Technologies, Inc. in the above-entitled action.

23       In support of this application, I certify on oath that:

24      1.     I am an active member in good standing of a United States Court or of the highest

25            court of another State or the District of Columbia, as indicated above;

26      2.     I agree to abide by the Standards of Professional conduct set forth in Civil Local

27            Rule 11-4 of the Local Rules and the Alternative Dispute Resolution programs of

28            this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains

an office within the State of California has been designated as co-counsel in the above-

entitled action.  The name, address and telephone number of that attorney is:

> Ned N. Isokawa
> Paul, Hastings, Janofsky & Walker LLP
> 55 Second Street, Twenty-fourth Floor
> San Francisco, CA 94105-3441
> (415) 856-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___11/8/2007___

McKool Smith, P.C.

By:    _____
      Scott W. Hejny
      Texas State Bar No. 24038952
      300 Crescent Court, Suite 1600
      Dallas, Texas 75201
      Telephone:  (214) 978-2000
      Facsimile:  (214) 978-4044


      Attorneys for Defendant
      i2 Technologies, Inc.

Case No. 3:007-cv-04187-JCS
Dallas 246231v1

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001509
Cashier ID: piercec
Transaction Date: 11/16/2007
Payer Name: McKool Smith
----------------------------------
PRO HAC VICE -
 For: Scott W Hejny
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:       $210.00
----------------------------------
CHECK
 Check/Money Order Num: 59102
 Amt Tendered: $210.00
----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:      $0.00

C-07-4187-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```