1  LYNN H. PASAHOW (CSB No. 054283)
   (lpasahow@fenwick.com)
2  DAVID L. HAYES (CSB No. 122894)
   (dhayes@fenwick.com)
3  MICHAEL J. SACKSTEDER (CSB No. 191605)
   (msacksteder@fenwick.com)
4  SAINA SHAMILOV (CSB No. 216636)
   (sshamilov@fenwick.com)
5  HECTOR RIBERA (CSB No. 221511)
   (hribera@fenwick.com)
6  TODD R. GREGORIAN (CSB NO. 236096)
   (tgregorian@fenwick.com)

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:07-cv-04187-SBA<br><br>**PLAINTIFF SAP AKTIENGESELLSCHAFT'S CERTIFICATION OF INTERESTED ENTITIES** |

Pursuant to Civil Local Rule 3-16(b), Plaintiff SAP AG certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  November 20, 2007                    FENWICK & WEST LLP

                                             By:    /S/ Todd R. Gregorian
                                                      Todd R. Gregorian

                                             Attorneys for Plaintiff
                                             SAP Aktiengesellschaft