LYNN H. PASAHOW (CSB No. 054283)
(lpasahow@fenwick.com)
DAVID L. HAYES (CSB No. 122894)
(dhayes@fenwick.com)
MICHAEL J. SACKSTEDER (CSB No. 191605)
(msacksteder@fenwick.com)
SAINA SHAMILOV (CSB No. 216636)
(sshamilov@fenwick.com)
HECTOR RIBERA (CSB No. 221511)
(hribera@fenwick.com)
TODD R. GREGORIAN (CSB NO. 236096)
(tgregorian@fenwick.com)

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:07-cv-04187-SBA<br><br>**PLAINTIFF SAP AKTIENGESELLSCHAFT'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff SAP AG states the following:  SAP AG is a stock corporation organized under the laws of the Federal Republic of Germany and there is no publicly held corporation that owns 10% or more of its stock.

Dated:  November 20, 2007                                FENWICK & WEST LLP

                                                                 By:   /S/ Todd R. Gregorian
                                                                        Todd R. Gregorian

Attorneys for Plaintiff
SAP Aktiengesellschaft