1  Counsel Listed on Signature Page

2

3

4

5

6

7

8                                          UNITED STATES DISTRICT COURT

9                                         NORTHERN DISTRICT OF CALIFORNIA

10                                                    OAKLAND DIVISION

11

12  SAP AKTIENGESELLSCHAFT, a            Case No. 4:07-cv-04187-SBA
    German corporation,
13                                        **STIPULATION AND [PROPOSED] ORDER
                    Plaintiff,            RE EXTENSION OF TIME FOR PARTIES TO
14       v.                               SERVE INITIAL DISCLOSURES**

15  i2 TECHNOLOGIES, INC., a Delaware
    corporation,
16                  Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Civil Local Rule 6-1(a),
2  plaintiffs SAP Aktiengesellschaft ("SAP"), and defendant i2 Technologies, Inc. ("i2"), by and
3  through their respective counsel, hereby agree and stipulate that each of the parties shall have
4  until and including November 30, 2007, to serve their respective Rule 26(a)(1) disclosures.

5  Dated: November 26, 2007         FENWICK & WEST LLP

          By: /s/Michael J. Sacksteder
              Michael J. Sacksteder

          Attorneys for Plaintiff
          SAP Akteingesellschaft

10 Dated: November __, 2007         PAUL HASTINGS JANOFSKY & WALKER LLP

          By: _____
              Jason K. Sonoda

          Attorneys for Defendant
          i2 TECHNOLOGIES, INC.

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November ___, 2007

_____
The Honorable Saundra Brown Armstrong
United States District Judge