**United States District Court**
For the Northern District of California

1
2
3
4           IN THE UNITED STATES DISTRICT COURT
5           FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7  SAP AKTIENGESELLSCHAFT,                    No. C 07-04187 SBA
8           Plaintiff,                        **CLERK'S NOTICE**
9    v.
10  12 TECHNOLOGIES, INC.,
11          Defendant.
12  _____/
13  **Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action, and initiate the telephone conference call.  Following service, Counsel shall file a certificate of service with the Clerk of the Court.**
14
15       YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the Case Management Conference set for December 6, 2007, has been continued to, December 20, 2007, at 3:45 p.m.,via telephone.
16
17    Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.
18
19
20  Dated: 11/29/07                            FOR THE COURT,
                                               Richard W. Wieking, Clerk
21
22                                             By: _____
                                                   LISA R. CLARK
23                                                 Courtroom Deputy
24
25
26  To:
27
28