1    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     NED N. ISOKAWA (SB# 66287)
2    nedisokawa@paulhastings.com
     JASON K. SONODA (SB# 248105)
3    jasonsonoda@paulhasting.com
     55 Second Street, Twenty-Fourth Floor
4    San Francisco, CA  94105-3441
     Telephone:  (415) 856-7000
5    Facsimile:  (415) 856-7100

6
     MCKOOL SMITH, P.C.
7    THEODORE STEVENSON, III (*pro hac vice* application pending
     tstevenson@mckoolsmith.com
8    SCOTT W. HEJNY (*pro hac vice* application pending)
     shejny@mckooksmith.com
9    LUKE F. MCLEROY (*pro hac vice* application pending)
     lmcleroy@mckoolsmith.com
10   300 Crescent Court, Suite 1500
     Dallas, TX 75201
11   (214) 978-4000
     (214) 978-4044 (fax)
12   www.mckoolsmith.com

13   Attorneys for Defendant
     i2 Technologies, Inc.
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18

19

20   SAP AKTIENGESELLSCHAFT, a            CASE NO. 3:07-cv-04187-SBA
     German corporation,
21                                        **DEFENDANT AND COUNTERCLAIMANT**
              Plaintiff,                  **i2 TECHNOLOGIES, INC.'S INITIAL**
22                                        **DISCLOSURES PURSUANT TO RULE 26**
         vs.                              **OF THE FEDERAL RULES OF CIVIL**
23                                        **PROCEDURE**
     i2 TECHNOLOGIES, INC., a Delaware
24   corporation,

25            Defendant.

26

27          Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Rule

28   26(f) report submitted on November 26, 2007, Defendant and Counter Claimant i2 Technologies,

1  Inc. ("i2") provides the following initial disclosures in this action based on information currently

2  available to i2.  i2 reserves the right to supplement its initial disclosures, including its

3  identification of persons with relevant knowledge, upon receipt of SAP's infringement

4  contentions.  SAP's amended complaint accuses i2's Six Solutions products of infringement,

5  which encompasses almost every subcomponent of i2's supply chain planning software.  These

6  initial disclosures are made without waiving i2's right to object to any discovery request or other

7  proceeding concerning the subject matter of these disclosures based on competency, privilege,

8  relevance, materiality, hearsay, or any other proper ground for objection.

9  **A.     The name and, if known, the address and telephone number of each**

10  **individual likely to have discoverable information that the disclosing party may use to**

11  **support its claims or defenses, unless solely for impeachment, identifying the subjects of the**

12  **information:**

13  The following individuals are persons having knowledge of relevant facts.  Each

14  individual listed below should be contacted through counsel of record for i2.  i2 incorporates by

15  reference the list of Plaintiff's representative with knowledge of relevant facts identified in

16  Plaintiff's Initial Disclosures.  i2's investigation is continuing and it may, in the future, learn the

17  identity of additional persons who have knowledge of relevant facts.

| Name and Address and Telephone Number | Subject(s) |
|---|---|
| Waylin Debetaz<br>i2 Fellow<br>i2 Technologies US, Inc.<br>11701 Luna Road<br>Dallas, TX 75234<br>(469) 357-1000 | Mr. Debetaz is a Chief Architect for i2 UI infrastructure.  He is familiar with designing frameworks for building scalable and rich user interfaces. |
| Mark Belonga<br>Distinguished Member of Technical Staff<br>i2 Technologies US, Inc.<br>11701 Luna Road<br>Dallas, TX 75234<br>(469) 357-1000 | Mr. Belonga is a Chief Architect for i2 studio, the design environment for i2 platform. Mr. Belonga has experience in building out UI infrastructures. |

| Name and Address and Telephone Number | Subject(s) |
|---|---|
| Sanjiv Jivan<br>Advanced Member of Technical Staff<br>i2 Technologies US, Inc.<br>4 Cambridge Center<br>4th Floor<br>Cambridge, MA 02142<br>(617) 761-2900 | Mr. Jivan is an engineer who is familiar with i2's UI technology. |
| Pravin Rangachari<br>Senior Director, Product Management<br>i2 Technologies US, Inc.<br>11701 Luna Road<br>Dallas, TX 75234<br>(469) 357-1000 | Mr. Rangachari is the Director for the i2 Execution, Collaboration & Visibility product suite. He is familiar with the development of these products within the suite, including Supply Chain Visibility. |
| Arjun Rajagopalan<br>Senior Manager,<br>Product Manager and Development<br>i2 Technologies US, Inc.<br>11701 Luna Road<br>Dallas, TX 75234<br>(469) 357-1000 | Mr. Rajagopalan is the Development Manager for Supply Chain Visibility. Mr. Rajagopalan is familiar with the functionality of this product line. |
| Sanjiv Sidhu*<br>i2 Technologies US, Inc.<br>11701 Luna Road<br>Dallas, TX 75234<br>(469) 357-1000 | Mr. Sidhu is the founder of i2. He is familiar with the corporate and product history of i2. Mr. Sidhu is also familiar with the history, development, marketing and implementation of the i2 product lines. |
| Giridhar Tandri<br>Vice-President of Development<br>i2 Technologies US, Inc.<br>11701 Luna Road<br>Dallas, TX 75234<br>(469) 357-1000 | Mr. Tandri is familiar with the development and functionality of the Supply Chain Visibility product. |

**B.    A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possess, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

i2 has collected documents, data, electronically stored information, compilations and tangible things, of which it currently has knowledge, and that are in the possession, custody or control that i2 may use to support its claims or defenses. i2's investigation is continuing and it

**I2 TECHNOLOGIES, INC.'S**
**RULE 26 INITIAL DISCLOSURE**

1  may, in the future, locate additional documents, electronically stored information, or tangible

2  things that it may use to support its claims or defenses.

3          1.     Categories

4      There are numerous categories of documents collected by i2 such as:

5          •  Detailed technical documents regarding the structure, functionality and

6            development of the accused products;

7          ▪  Manuals for the accused products;

8          ▪  Patents-in-Suit;

9          ▪  Information regarding the marketing of the accused products;

10         ▪  Information regarding the sales of accused products;

11         ▪  Prior art; and

12         ▪  Copies of the accused products.

13         2.     Location

14     These documents have been collected from i2 offices in Dallas, Texas.   These

15 documents are at the i2 office in Dallas, Texas and at the office of counsel for i2.

16         3.     Production

17     i2 will produce relevant, responsive, non-privileged documents in accordance with

18 the proposed schedule submitted in the Rule 26(f) report on November 26, 2007 and after an

19 appropriate protective order is entered in this case.

20     **C.**    **A computation of any category of damages claimed by the disclosing**

21 **party, making available for inspection and copying as under Rule 34 the documents or**

22 **other evidentiary material, not privileged or protected from disclosure, on which such**

23 **computation is based, including materials bearing on the nature and extent of the injuries**

24 **suffered.**

25     i2 is not seeking damages in this case.

26     **D.**    **For inspection and copying as under Rule 34 any insurance agreement**

27 **under which any person carry on an insurance business may be liable to satisfy part or all**

28 **of a judgment entered in this action or to indemnify or reimburse for payments made to**

**I2 TECHNOLOGIES, INC.'S**
**RULE 26 INITIAL DISCLOSURE**

Case No.3:07-cv-04187-SBA

1  **satisfy the judgment.**

2          i2 is not aware of any information in its possession, custody, or control responsive

3  to this request.

4

5  Dated:  November 30, 2007        PAUL, HASTINGS, JANOFSKY & WALKER LLP

6

7                  By:_____/s/ Jason K. Sonoda_____

8                             Jason K. Sonoda

9  OF COUNSEL:

10  MCKOOL SMITH, P.C.

11  Theodore Stevenson, III (*pro hac vice* application pending)
Scott W. Hejny (*pro hac vice* application pending)

12  Luke F. McLeroy (*pro hac vice* application pending)

13  Attorneys for Defendant
i2 Technologies

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    <u>**PROOF OF SERVICE BY ELECTRONIC MAIL**</u>

2

3        I am a citizen of the United States and employed in San Francisco County, California.  I

4    am over the age of eighteen years and not a party to the within-entitled action.  My business
address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California  94105-3441.

5        On November 30, I served a true and correct copy of

6    **DEFENDANT AND COUNTERCLAIMANT i2 TECHNOLOGIES, INC.'S**

7    **INITIAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF**
**CIVIL PROCEDURE**

8

9        ☒        **VIA ELECTRONIC MAIL:**

10            Pursuant to the operation of the U.S. District Court for the Northern District of
California E-Filing system, all parties above have been served via e-mail; per

11            Local Rule 5-4 and General Order 45.

12            as follows:

13        Michael J. Sacksteder                    Hector J. Ribera
         Fenwick & West LLP                       Fenwick & West LLP
14        555 California Street, Suite 1200        Silicon Valley Street
         San Francisco CA  94104                  801 California Street
15                                                 Mountain View, CA  94041

16
         Lynn Harold Pasahow                      Saina Sason Shamilov
17        Fenwick & West LLP                       Fenwick & West LLP
         Silicon Valley Street                    Silicon Valley Street
18        801 California Street                    801 California Street
         Mountain View, CA  94041                 Mountain View, CA  94041
19

20        I declare under penalty of perjury under the laws of the United States that the foregoing is

21    true and correct.  Executed on November 30, 2007, at San Francisco, California.

22

23                        By:_____/s/  Carol Alexander_____

24                                         Carol Alexander

25

26

27    LEGAL_US_W # 57668373.1

28

**I2 TECHNOLOGIES, INC.'S**
**RULE 26 INITIAL DISCLOSURE**