**Paul Hastings**

Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
telephone 415-856-7000 • facsimile 415-856-7100 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange Country
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(415) 856-7085
jasonsonoda@paulhastings.com

December 14, 2007

73410-00002

Honorable Saundra B. Armstrong
Judge of the U.S.D.C. for the
   Northern District of California
Courtroom 3, 3rd Floor
1301 Clay Street
Oakland, CA 94612-5212

   Re:   *SAP Atkiengesellschaft v. I2 Technologies, Inc.*
        Case No. C 07-04187 SBA

Dear Judge Armstrong:

On November 16, 2007, I2 Technologies, Inc. manually filed Applications for Admission Pro Hac Vice and (Proposed) Orders for Scott W. Hejny, Luke F. McLeroy, and Theodore Stevenson, III. On November 19, we transmitted via email, pdf copies of these documents to Your Honor in accordance with General Order No. 45.

To date, we have not received signed Orders concerning these applications. Given that Messrs. Hejny, McLeroy and Stevenson will be participating in the telephonic case management conference scheduled for December 20, we write to bring the applications to the Court's attention in the hope that they can be admitted before the conference.

Very truly yours,

Jason K. Sonoda
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

JKS:ca / LEGAL_US_W # 57775507.1