

```
                                              FILED
                                              DEC 19 2007
                          RECEIVED    RICHARD W. WIEKING
                                      CLERK, U.S. DISTRICT COURT
                           NOV 16 2007 NORTHERN DISTRICT OF CALIFORNIA
                                              OAKLAND
                          RICHARD W. WIEKING
                          CLERK, U.S. DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
                               OAKLAND
```

McKOOL SMITH, P.C.
SCOTT W. HEJNY
shejny@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4241
Facsimile: (214) 978-4044
www.mckoolsmith.com

Attorneys for Defendant
i2 Technologies, Inc.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:07-cv-04187-SBA<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Luke F. McLeroy, an active member in good standing of the bar of Texas, whose business address and telephone number is:

> McKool Smith, P.C.
> 300 Crescent Court, Suite 1500
> Dallas, Texas 75201
> (214) 978-4974

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing i2 Technologies, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  vice. Service of papers upon and communication with co-counsel designed in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing.*
4
5
6  Dated: _12-18-07_
   United States ~~Magistrate~~ Judge
7
8  LEGAL_US_W # 57583728.1