COPY

1  McKOOL SMITH, P.C.
   SCOTT W. HEJNY
2  shejny@mckoolsmith.com
   300 Crescent Court, Suite 1500
3  Dallas, Texas 75201
   Telephone: (214) 978-4241
4  Facsimile: (214) 978-4044
   www.mckoolsmith.com
5
   Attorneys for Defendant
6  i2 Technologies, Inc.

FILED
RECEIVED DEC 19 2007
NOV 16 2007    RICHARD W. WIEKING
               CLERK, U.S. DISTRICT COURT
RICHARD W. WIEKING   NORTHERN DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT     OAKLAND
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:07-cv-04187-SBA<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

THEODORE STEVENSON, III, an active member in good standing of the bar of Texas, whose business address and telephone number is:

McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4974

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing i2 Technologies, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

Case No. 3:07-cv-04187-SBA

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

1  *vice*. Service of papers upon and communication with co-counsel designed in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

4
5  Dated: _____12/18/07_____                    _____/s/_____
6                                                United States ~~Magistrate~~ Judge
7
8
9  LEGAL_US_W # 57583811.1

Case No. 3:07-cv-04187-SBA                -2-                [PROPOSED] ORDER GRANTING
                                                             APPLICATION FOR ADMISSION OF
                                                             ATTORNEY *PRO HAC VICE*