McKOOL SMITH, P.C.
SCOTT W. HEJNY
shejny@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4241
Facsimile: (214) 978-4044
www.mckoolsmith.com

Attorneys for Defendant
i2 Technologies, Inc.

FILED
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SAP AKTIENGESELLSCHAFT, a German corporation,

    Plaintiff,

vs.

i2 TECHNOLOGIES, INC., a Delaware corporation,

    Defendant.

CASE NO. 3:07-cv-04187-SBA

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Scott W. Hejny, an active member in good standing of the bar of Texas, whose business address and telephone number is:

    McKool Smith, P.C.
    300 Crescent Court, Suite 1500
    Dallas, Texas 75201
    (214) 978-4974

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing i2 Technologies, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

Case No. 3:07-cv-04187-SBA

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac
2 | vice*. Service of papers upon and communication with co-counsel designed in the application will
3 | constitute notice to the party. All future filings in this action are subject to the requirements
4 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/18/07

_____
United States ~~Magistrate~~ Judge

LEGAL_US_W # 57583512.1

Case No. 3:07-cv-04187-SBA

-2-

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*