```
1   LYNN H. PASAHOW (CSB No. 054283)
       (lpasahow@fenwick.com)
2   DAVID L. HAYES (CSB No. 122894)
       (dhayes@fenwick.com)
3   MICHAEL J. SACKSTEDER (CSB No. 191605)
       (msacksteder@fenwick.com)
4   SAINA S. SHAMILOV (CSB No. 216636)
       (sshamilov@fenwick.com)
5   HECTOR J. RIBERA (CSB No. 221511)
       (hribera@fenwick.com)
6   TODD R. GREGORIAN (CSB NO. 236096)
       (tgregorian@fenwick.com)
7   LESLIE A. KRAMER (CSB NO. 253313)
       (lkramer@fenwick.com)
8

9   FENWICK & WEST LLP
    Silicon Valley Center, 801 California Street
10  Mountain View, CA 94041
    Telephone:   (650) 988-8500
11  Facsimile:   (650) 938-5200

12  Attorneys for Plaintiff
    SAP AKTIENGESELLSCHAFT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>  Plaintiff,<br><br>v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 4:07-cv-04187 SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Saundra B. Armstrong |

Plaintiff SAP Aktiengesellschaft ("SAP"), and Defendant i2 Technologies, Inc. ("i2"), by and through their respective counsel, hereby agree and stipulate that: (1) SAP shall have until and including January 11, 2008, to serve its Patent Local Rules 3-1 and 3-2 Disclosure of Asserted Claims and Preliminary Infringement Contentions and Document Production Accompanying Disclosure; (2) i2 shall have until and including February 25, 2008, to serve its Patent Local

1  Rules 3-3 and 3-4 Preliminary Invalidity Contentions and Document Production Accompanying
2  Disclosure.

5  Dated: January 4, 2008

FENWICK & WEST LLP

By: _____
Saina Shamilov

Attorneys for Plaintiff
SAP Akteingesellschaft

10  Dated: January 4, 2008

MCKOOL SMITH PC

By: _____
Ted Stevenson
*Theodore Stevenson, III*
Attorneys for Defendant
i2 TECHNOLOGIES, INC.