LYNN H. PASAHOW (CSB No. 054283)
(lpasahow@fenwick.com)
DAVID L. HAYES (CSB No. 122894)
(dhayes@fenwick.com)
MICHAEL J. SACKSTEDER (CSB No. 191605)
(msacksteder@fenwick.com)
SAINA S. SHAMILOV (CSB No. 216636)
(sshamilov@fenwick.com)
HECTOR J. RIBERA (CSB No. 221511)
(hribera@fenwick.com)
TODD R. GREGORIAN (CSB NO. 236096)
(tgregorian@fenwick.com)
LESLIE A. KRAMER (CSB NO. 253313)
(lkramer@fenwick.com)

FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:07-cv-04187 SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Saundra B. Armstrong |

Plaintiff SAP Aktiengesellschaft ("SAP"), and Defendant i2 Technologies, Inc. ("i2"), by and through their respective counsel, hereby agree and stipulate that: (1) SAP shall have until and including January 11, 2008, to serve its Patent Local Rules 3-1 and 3-2 Disclosure of Asserted Claims and Preliminary Infringement Contentions and Document Production Accompanying Disclosure; (2) i2 shall have until and including February 25, 2008, to serve its Patent Local

1  Rules 3-3 and 3-4 Preliminary Invalidity Contentions and Document Production Accompanying
2  Disclosure.

5  Dated: January 4, 2008

FENWICK & WEST LLP

By: _____
Saina Shamilov

Attorneys for Plaintiff
SAP Akteingesellschaft

10 Dated: January 4, 2008

MCKOOL SMITH PC

By: _____
~~Ted Stevenson~~
Theodore Stevenson, III
Attorneys for Defendant
i2 TECHNOLOGIES, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January ___, 2008

_____
The Honorable Saundra Brown Armstrong
United States District Judge