1  MCKOOL SMITH, P.C.
   M. JILL BINDLER
2  jbindler@mckoolsmith.com
   300 Crescent Court, Suite 1600
3  Dallas, Texas 75201
4  Telephone: (214) 978-4000
   Facsimile: (214) 978-4044
5  www.mckoolsmith.com

6  Attorneys for Defendant
   i2 Technologies, Inc.
7
8
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                       OAKLAND DIVISION
12

13 SAP AKTIENGESELLSCHAFT, a German   )   Case No. 3:07-cv-04187-SBA
14 corporation,                        )
                                       )   APPLICATION FOR ADMISSION OF
15        Plaintiff,                   )   ATTORNEY *PRO HAC VICE*
                                       )
16 vs.                                 )
                                       )
17 i2 TECHNOLOGIES, INC., a Delaware
   Corporation,
18
          Defendant.
19

20        TO THE HONORABLE JUDGE OF SAID COURT:
21        Pursuant to Civil L.R. 11-3, M. Jill Bindler, an active member in good standing of the bar
22 of Texas, hereby applies for admission to practice in the Northern District of California on a pro
23 hac vice basis representing i2 Technologies, Inc. in the above-entitled action.
24        In support of this application, I certify on oath that:
25        1.   I am an active member in good standing of a United States Court or of the
26             highest court of another State or the District of Columbia, as indicated above;
27        2.   I agree to abide by the Standards of Professional conduct set forth in Civil Local
28

                                                    APPLICATION FOR ADMISSION OF
                                                                          ATTORNEY
Case No. 3:07-cv-04187-SBA

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Ned N. Isokawa
> Paul, Hastings, Janofsky & Walker LLP
> 55 Second Street, Twenty-fourth Floor
> San Francisco, CA 94105-3441
> (415) 856-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/3/2008

McKool Smith, P.C.

By: /s/ M. Jill Bindler
M. Jill Bindler
Texas State Bar No. 02319600
300 Crescent Court, Suite 1600
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Defendant
i2 Technologies, Inc.

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001683
Cashier ID: lenahac
Transaction Date: 01/07/2008
Payer Name: McKool Smith
--------------------------------------
PRO HAC VICE
 For: M. Jill Bindler
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
--------------------------------------
CHECK
 Check/Money Order Num: 60556
 Amt Tendered: $210.00
--------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

07-cv-4187-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```