1  McKOOL SMITH, P.C.
   M. JILL BINDLER

2  jbindler@mckoolsmith.com
   300 Crescent Court, Suite 1500

3  Dallas, Texas 75201
   Telephone:  (214) 978-4241

4  Facsimile:  (214) 978-4044
   www.mckoolsmith.com

5

6  Attorneys for Defendant
   i2 Technologies, Inc.

7

**FILED**

JAN 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

JAN - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11

12

13  SAP AKTIENGESELLSCHAFT, A           )   Case No.: 3:07-cv-04187-SBA
    German corporation,                 )
14          Plaintiff,                   )   **(PROPOSED) ORDER GRANTING**
    vs.                                  )   **APPLICATION FOR ADMISSION OF**
15                                       )   **ATTORNEY *PRO HAC VICE***
    i2 TECHNOLOGIES, INC., a Delaware    )
16  corporation,                         )
            Defendant.                   )
17

18       M. JILL BINDLER, an active member in good standing of the bar of Texas, whose

19  business address and telephone number is:

20
         McKool Smith, P.C.
21       300 Crescent Court, Suite 1500
         Dallas, Texas 75201
22       (214) 978-4974

23  having applied in the above-entitled action for admission to practice in the Northern District of

24  California on a *pro hac vice* basis, representing i2 Technologies, Inc.

25
         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
26
    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
27
    *vice.*  Service of papers upon and communication with co-counsel designed in the application will

28

Case No. 3:07-cv-04187-SBA

**(PROPOSED) ORDER GRANTING**
**APPLICATION FOR ADMISSION OF**
**ATTORNEY *PRO HAC VICE***

1    constitute notice to the party.  All future filings in this action are subject to the requirements

2    contained in General Order No. 45, *Electronic Case Filing.*

3

4    Dated: _____1-10-08_____

5                                                    United States Magistrate Judge

6

7

8    LEGAL_US_W # 57888929.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:07-cv-04187-SBA

(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*