# M. SCOTT DONAHEY
## Arbitrator & Mediator
3790 El Camino Real, Suite 171
Palo Alto, CA 94306
Tel: (650) 823-0338
Fax: (650) 941-4262
E-Mail:  adr@scottdonahey.com
Web: www.scottdonahey.com



| | |
|---|---|
| **Experience** | Thelen, Marrin, Johnson & Bridges<br>Finch, Sauers, Player & Montgomery<br>Holtzmann, Wise & Shepard, Partner<br>Wise & Shepard LLP, Partner<br>Tomlinson Zisko LLP, Partner |
| **Education** | Santa Clara University (J.D., *Summa Cum Laude*, 1978)<br>The Johns Hopkins University (M.A., Writing Seminars, 1968)<br>Stanford University (B.A., English, With Distinction, 1967) |
| **Community Service** | Board of Visitors, Santa Clara University School of Law |

**Mediation Experience**

## Commercial and Intellectual Property Mediation

Trained mediator specializing in complex commercial matters, especially those involving intellectual property interests.

## Memberships

Panel of Distinguished Neutrals, CPR Institute for Dispute Resolution

Panel of Mediators, World Intellectual Property Organization
Member, CPR Institute for Dispute Resolution, Patent Mediation Committee

Panel of Mediators, Santa Clara County Superior Court

Panel of Arbitrators and Neutral Evaluators, San Mateo County Superior Court

Panel of Mediators and Neutral Evauators, United States District Court, Northern District of California

Panel of Mediators, First Appellate District, State of California

Panel of Mediators, American Arbitration Association

Panel of Mediators, Intellectual Property and ADR Panel, National Arbitration Forum

**Arbitration Experience**          <u>**Commercial Arbitration**</u>

Counsel in numerous arbitrations involving patent licenses, sales of companies, major construction projects, securities, and sales of computer products and software.  Arbitrator in numerous arbitrations.

<u>**Memberships**</u>

Fellow, College of Commercial Arbitrators

American Arbitration Association, Panel of Arbitrators, Large Complex Case Panel

CPR Institute for Dispute Resolution, Panel of Arbitrators, San Francisco Region
American Arbitration Association, Northern California Advisory Council

American Arbitration Association, Panel of Arbitrators, eCommerce Disputes

Early Neutral Evaluator, U.S. District Court for the Northern District of California

<u>**Construction Litigation and Arbitration**</u>

Represented contractors, subcontractors, and owners in court litigation and in domestic and international arbitration.  Contractors represented have included Bechtel, Hunt Corporation, and DPR, among others.  Projects have included oil pipelines, aluminum pot lines, public building complexes, convention centers, clean room projects, major hotels, and sports stadiums.  Subcontractors represented include Scott Corporation, Soule Steel, and Cal-Air, Inc.  Projects have included university building centers, apartment complexes, major hotel projects, and retail establishments.  Owners represented include the City of San Jose and the City of Campbell.  Projects have included light rail systems and public highways.

MSD0654.DOC;3

**Intellectual Property Arbitration**

**Memberships**

Copyright Arbitration Royalty Panel, 1998-99

Past Chair, IP Committee, American Bar Association, Dispute Resolution Section

Master, San Francisco Bay Area Intellectual Property American Inn of Court

Member, CPR Institute for Dispute Resolution, Patent Commission

Member, CPR Institute for Dispute Resolution, Patent Arbitration Committee

Past Chair, Y2K Task Force, American Bar Association, Dispute Resolution Section

American Arbitration Association National Technology Advisory Committee

American Arbitration Association, Panel of Arbitrators, Intellectual Property/Technology Panel

American Arbitration Association, Panel of Arbitrators, Year 2000 Panel

CPR Panel of Distinguished Neutrals, Technology Panel

CPR Panel of Distinguished Neutrals, Year 2000 Panel

CPR Panel of Distinguished Neutrals, Domain Name Disputes

World Intellectual Property Organization Arbitration and Mediation Center, Geneva, Panel of Arbitrators

World Intellectual Property Organization Arbitration and Mediation Center, Geneva,  Panel of Neutrals, Domain Name Disputes

Asian Domain Name Dispute Resolution Centre, Panel of Neutrals

British Columbia International Commercial Arbitration Centre, Y2K Panel

3

Past Chair, Intellectual Property Committee, Dispute Resolution Section, American Bar Association

ICANN Uniform Domain Name Dispute Resolution Task Force

Asian Domain Name Dispute Resolution Centre, Domain Name Panel

## **Domain Name Dispute Resolution**

Decided first case under the Uniform Domain Name Dispute Resolution Policy and has since decided more than 150 domain name cases. Advocate before the UDRP and in Federal Court under the Anticybersquatting Consumer Protection Act..

## **Memberships**

Domain Name Panel, World Intellectual Property Organization

Domain Name Panel, CPR Institute for Dispute Resolution

Domain Name Panel, Asian Domain Name Dispute Resolution Centre

*.hk* Domain Name Panel, Hong Kong International Arbitration Centre

*.cn* Domain Name Panel, China Internet Network Information Center, Hong Kong International Arbitration Centre

*.us* Domain Name Panel, United States Department of Commerce, American Arbitration Association

*.pw* Domain Name Panel, Hong Kong International Arbitration Centre

*.travel* Domain Name Panel, World Intellectual Property Organization

*.mobi* Domain Name Panel, World Intellectual Property Organization

## **International Arbitration and Mediation**

MSD0654.DOC;3

Advocate in international commercial arbitrations, involving state companies as well as private concerns. Arbitration venues have included London, Paris, San Francisco and The Hague. Procedural rules have included UNCITRAL, ICC, and American Arbitration Rules. Appearances before arbitrators versed in the civil law and common law systems, as well as arbitrators versed in Islamic Law. Co-author of international arbitrator training materials, Asia/Pacific Center for the Settlement of International Business Disputes.

Arbitrator in complex commercial arbitrations involving software licenses, software customization and installation, computer hardware, pharmaceuticals, and biotechnology. Mediator of complex commercial disputes involving cross-cultural differences.

## **Memberships**

Past President and Founder, Northern California International Arbitration Club

Member, NAFTA, Advisory Committee on Private Commercial Disputes, 2002 - 2003

Advisory Council, U.S.–Mexico Conflict Resolution Center

Panel of Arbitrators, International Centre for Dispute Resolution, New York

Panel of Arbitrators, British Columbia International Commercial Arbitration Centre, Vancouver

Panel of Arbitrators, Center for International Commercial Dispute Resolution, Honolulu

Panel of Arbitrators, Commercial Dispute Resolution Center of the Americas, Miami

Panel of Arbitrators, Court of Arbitration at the Polish Chamber of Commerce

List of Foreign Arbitrators, Court of Arbitration attached to the Chamber of Commerce and Industry of Romania

Panel of Arbitrators, Hong Kong International Arbitration Centre

Panel of Arbitrators, Japan Commercial Arbitration Association

Panel of Arbitrators, Kuala Lumpur Regional Centre for Arbitration
Panel of Arbitrators, Korean Commercial Arbitration Board

Panel of Arbitrators, Singapore International Arbitration Centre

Panel of Arbitrators, Commercial Arbitration Association of the Republic of China, Taiwan

Panel of Arbitrators, U.S. - Mexico Conflict Resolution Center

Panel of Arbitrators, Chicago International Dispute Resolution Association

Panel of Mediators, U.S. - China Business Mediation Panel

Past Co-Chair, International Arbitration Committee, International Law Section, American Bar Association

**Litigation Experience**    Trial attorney in numerous cases, state and federal court, jury and non-jury.  Appellate counsel in state and federal courts of appeal.  Cases involving computer software, computer hardware and peripherals, pharmaceuticals, and biotechnology.

**Awards**    President's Award, National Patent Board, For Outstanding Service and Accomplishments in field of Alternative Dispute Resolution

Named by peers as Northern California SuperLawyer 2004, 2005, 2006, and 2007 in field of ADR

**Educational Activities**    Adjunct Professor, "Law & Technology," Santa Clara University School of Law;
Adjunct Professor, "International Dispute Resolution," Golden Gate University School of Law and Santa Clara University School of Law

| | |
|---|---|
| October 18-19, 2007 | Faculty, Advanced Domain Name Workshop, WIPO, Geneva |
| October 16-17, 2007 | Faculty, World Intellectual Property Organization Workshop for Arbitrators, Geneva |
| October 15, 2007 | Speaker, "The Domain Name Industry Today," World Intellectual Property Organization Panelists Meeting, Geneva |
| October 6, 2007 | Speaker, "Alternative Dispute Resolution for IPR Infringement," AIPPI Forum 2007, Singapore |
| August 12, 2007 | Speaker, "Arbitration Centers of the Pacific Rim, Business Law Section, American Bar Association Annual Meeting, San Francisco |

6

| | |
|---|---|
| August 11, 2007 | Speaker, "International Arbitration of Patent Disputes," Dispute Resolution Section, American Bar Association Annual Meeting, San Francisco |
| March 23, 2007 | Moderator, "Arbitration in the Asia/Pacific Region'" International Centre for Dispute Resolution, San Francisco |
| May 15-16, 2007 | Faculty, "International Commercial Arbitration," International Centre for Dispute Resolution, University of California, Davis |
| November 3, 2006 | Speaker, "International Arbitration of Patent Disputes," AIPPI/WIPO Workshop, Newberry Library, Chicago |
| October 17-18, 2006 | Faculty, "WIPO Workshop for Arbitrators," World Intellectual Property Organization, Geneva |
| October 16, 2006 | Speaker, "The Domain Name Industry Today," WIPO Domain Name Panelists Meeting, Geneva |
| September 12, 2006 | Speaker, "International Arbitration," Alternative Dispute Resolution (ADR) For the Chemist," American Chemical Society Annual Meeting, Moscone Center, San Francisco |
| September 12, 2006 | Speaker, "Technology Arbitration," Alternative Dispute Resolution (ADR) For the Chemist," American Chemical Society Annual Meeting, Moscone Center, San Francisco |
| August 4, 2006 | Panelist, "Conflictos Relativos a Nombres de Dominio," Metodos de Resolución Alternativa de Conflictos Relativos a la Propriedad Intelectual, WIPO and Bogota Chamber of Commerce, Bogota |
| August 4, 2006 | Panelist, "Arbitraje," Metodos de Resolución Alternativa de Conflictos Relativos a la Propriedad Intelectual, WIPO and Bogota Chamber of Commerce, Bogota |
| August 3, 2006 | Panelist, "Mediacion," Metodos de Resolución Alternativa de Conflictos Relativos a la Propriedad Intelectual, WIPO and Bogota Chamber of Commerce, Bogota |
| April 21, 2006 | Panelist, "Registrar Transfer Dispute Resolution Policy," Domain Roundtable Conference, Bellevue, Washington |
| April 20, 2006 | Panelist, "Evaluating When to File a UDRP," Domain Roundtable Conference, Bellevue, Washington |
| April 19, 2006 | Panelist, "Current Trends in Domain Name Disputes," Domain Roundtable Conference, Bellevue, Washington |

7

| | |
|---|---|
| October 21, 2005 | Panelist, "Get the Low Down on Downloading," Hot Topics in Entertainment and Intellectual Property, Venetian Resort Hotel Casino, Las Vegas |
| October 21, 2005 | Panelist, "ADR in IP Issues," Hot Topics in Entertainment and Intellectual Property,"ABA Section of Dispute Resolution, Venetian Resort Hotel Casino, Las Vegas |
| October 18-19, 2005 | Faculty, "WIPO Workshop for Arbitrators," World Intellectual Property Organization, Geneva |
| September 13, 2005 | Moderator, "Arbitrating in Asia," ICC Court of Arbitration, Flexible Solutions for and Evolving World Conference, La Jolla |
| September 12, 2005 | Speaker, "Recent Decisions Involving Domain Names," International Trademark Association, Trademarks in Cyberspace Forum 2005," Vancouver |
| September 8, 2005 | Speaker, "Resolving Disputes Through Arbitration and Mediation," International Trademark Association, 2005 Worldwide Forum on Marks & Designs, Vancouver |
| June 27, 2005 | Speaker, "Distinctive Features of Disputes Involving Technology," ICC Court of Arbitration and Canadian Bar Association, Vancouver |
| June 24, 2005 | Moderator, "Arbitrating Patent Disputes,"  ABA IP Law Section Meeting, Palace Hotel, San Francisco |
| May 27, 2005 | Panelist, "Proactive vs. Reactive IP Policy," Domain RoundTable Conference, Seattle |
| May 26, 2005 | Speaker, "Registrar Transfer Dispute Resolution Policy," Domain RoundTable Conference, Seattle |
| May 24, 2005 | Panelist, "Global Perspectives on Intellectual Property Dispute Resolution," USC IP Law Institute 2005, Beverly Hills |
| April 15, 2005 | Panelist, "Arbitrating Patent Infringement and License Disputes," ABA Dispute Resolution Section Annual Meeting, Los Angeles |
| April 9, 2005 | Panelist, "International IP: Who Should be Responsible for Top-Level Domain Governance?," Law and Technology 2005, Stanford University Law School, Palo Alto |

MSD0654.DOC;3

| | |
|---|---|
| March 31, 2005 | Panel Moderator, "Practical Experiences in Patent Arbitration," ABA Business Law Section Meeting, Nashville |
| March 22, 2005 | Speaker, "Mediating and Arbitrating IP Disputes in China," World Research Group, San Francisco |
| October 28-29, 2004 | Instructor, "WIPO Workshop on Domain Name Dispute Resolution," World Intellectual Property Organization, Geneva |
| October 25-26, 2004 | Instructor, "WIPO Workshop for Arbitrators," World Intellectual Property Organization, Geneva |
| October 5, 2004 | Speaker, "Arbitration of Technology Disputes," IP Society, Westin Hotel, San Francisco Airport |
| June 16, 2004 | Panelist, "Domain Name Dispute Resolution, A Global Perspective," ABA Section of Intellectual Property Law Summer Conference, Toronto |
| May 17, 2004 | Panelist, "Domain Name Disputes and the WIPO Arbitration and Mediation Center," WIPO Comes to Silicon Valley, Stanford Law School |
| May 17, 2004 | Speaker, "Dispute Resolution for the 21st Century: The WIPO Arbitration and Mediation Center," WIPO Comes to Silicon Valley, Stanford Law School |
| May 14, 2004 | Speaker, "Current Developments in the Law of Federal Trademark Dilution," American Intellectual Property Law Association Spring Meeting, Dallas |
| May 13, 2004 | Panelist, "International Mediation," American Arbitration Association, San Francisco |
| April 30, 2004 | Panelist, CPR Roundtable, CPR Spring Meeting, New Orleans |
| March 11, 2004 | Panelist, "Mediation of Intellectual Property Disputes," American Intellectual Property Law Association Program, Newport Beach |

9

| | |
|---|---|
| October 23-24, 2003 | Instructor, "WIPO Workshop on Domain Name Dispute Resolution," World Intellectual Property Organization, Geneva |
| October 22, 2003 | Speaker, "The Role of Precedent in the UDRP, Consistency of Decisions," Domain Name Panelist Meeting, World Intellectual Property Organization, Geneva |
| October 20-21, 2003 | Instructor, "WIPO Workshop for Arbitrators," World Intellectual Property Organization, Geneva |
| October 16, 2003 | Speaker, "E-Commerce: Legal and Practical Update," and "Resolving IP Disputes – ADR Strategies," Sterling Education Services, Sheraton, San Jose |
| May 1-3, 2003 | Speaker, "Using Litigation, Mediation and Arbitration to Resolve Patent Disputes," CPR Spring Meeting, Four Seasons Aviara Resort, Carlsbad |
| April 7-8, 2003 | Speaker, "Arbitrating Pharmaceutical Licensing Disputes," National Forum on Biotechnology & Pharmaceuticals.  Law Seminars International. Renaissance Atlanta Downtown Hotel |
| Feb. 16-18, 2003 | Panelist, "Use of Technology in Aid of International Arbitration,"  ICC International Dispute Resolution Conference, Scottsdale-Phoenix |
| Nov. 14-15, 2002 | Instructor, "WIPO Workshop on Domain Name Dispute Resolution," World Intellectual Property Organization, Geneva |
| Nov. 13, 2002 | Participant, UDRP Panelists Meeting, Geneva |
| Nov. 11-12, 2002 | Instructor, "WIPO Workshop for Arbitrators," World Intellectual Property Organization, Geneva |
| July 26, 2002 | Speaker, "Technology ADR Past, Present & Future," American Arbitration Association, Sheraton Hotel, Palo Alto |

10

| | |
|---|---|
| June 20, 2002 | Panelist, "Technology Transfer and the Role of Technology in Arbitration," Thirteenth Annual Workshop of the Institute for Transnational Arbitration and Institute for Law and Technology, Dallas |
| May 4, 2002 | Speaker, "On-Line Dispute Resolution Today," InterPacific Bar Association, Hong Kong |
| April 15 -16, 2002 | Speaker, "International Arbitration of Intellectual Property Disputes," World Intellectual Property Organization and Abu Dhabi Commercial Conciliation and Arbitration Center, Abu Dhabi |
| April 6, 2002 | Panelist, "Arbitrating the Complex Case," ABA Section of Dispute Resolution Annual Meeting, Seattle |
| April 4, 2002 | Panelist, "The Uniform Domain Name Dispute Resolution Policy – Is It Working?" ABA Section of Dispute Resolution Annual Meeting, Seattle |
| March 25, 2002 | Panelist, "Mediating Technology Disputes," American Arbitration Association, Palo Alto |
| March 22, 2002 | Panelist, "The Uniform Domain Name Dispute Resolution Policy: the Need for Consistency and Appellate Review," International Intellectual Property in the Digital World,  High Tech Law Institute, Santa Clara University School of Law, Santa Clara |
| March 14, 2002 | Speaker, "Choosing the Right Alternative Dispute Resolution Mechanism for Resolving Intellectual Property Disputes," Second Annual Conference, Intellectual Property and Other Legal Issues in Biotechnology Law, Fairmont Hotel, San Francisco |
| March 14, 2002 | Speaker, "Changes to the Rules for Uniform Domain Name Dispute Resolution Policy," and "Is There a Need for an Appellate Procedure in the UDRP?" World Intellectual Property Organization Domain Name Panelist Meeting, Palo Alto |

11

| September 18, 2001 | Panelist, "The Independence and Neutrality of UDRP Panelists," World Intellectual Property Association Panelists Meeting, Geneva |
|---|---|
| April 27, 2001 | Panelist, "Online Dispute Resolution: Complement For Commercial Courts in the International Arena?," ABA Section of Dispute Resolution Third Annual Meeting, Crystal Marriott Hotel, Arlington |
| April 26, 2001 | Panelist, "Collaborative Dispute Resolution: A New Strategy for IP Disputes," ABA Section of Dispute Resolution Third Annual Meeting, Crystal Marriott Hotel, Arlington |
| February 26, 2001 | Speaker, "ICANN's Uniform Dispute Resolution Policy," Fulcrum Information Services Inc.'s Domain Name Protection, Litigation & Management Summit, Renaissance Stanford Court Hotel, San Francisco |
| February 22, 2001 | Speaker, "Trademarks and Domain Names," Glasser LegalWorks Cyberspace Law School '01, Santa Clara Marriott Hotel, Santa Clara |
| January 26, 2001 | Moderator, "Online Dispute Resolution," CPR Annual Winter Meeting, University Club, New York |
| November 10, 2000 | Panelist, "ADR and Global Internet Disputes," California State Bar, International Law Section Program, Hyatt Regency, San Francisco |
| November 9, 2000 | Speaker, "The Uniform Domain Dispute Resolution Process," Boalt Hall Program, Booth Auditorium, Berkeley |
| November 6, 2000 | Moderator, "Auction Site Disputes," WIPO International Conference on Dispute Resolution in Electronic Commerce, International Conference Center, Geneva |
| October 26, 2000 | Speaker, "Disputes Concerning Domain Names," Multilateral Investment Fund, Inter-American Development Bank and American Arbitration Association Program, Andres Bello Auditorium, Washington D.C. |

12

| | |
|---|---|
| September 23, 2000 | Panelist, "Fundamentals of Business Practices Litigation," CEB Program, Hyatt Regency, San Francisco |
| June 21, 2000 | Speaker, "Current Jurisprudence in Respect of Domain Names," Business Law and Computer Law Sections of the Oregon State Bar Association, Portland |
| June 19, 2000 | Panelist, "Protecting and Exploiting Intellectual Property Online," Glasser LegalWorks E-Commerce Law School '00, Rickey's Hyatt, Palo Alto |
| June 7, 2000 | Panelist, "Alternative Dispute Resolution for Consumer Transaction in the Borderless Online Marketplace," Federal Trade Commission and Department of Commerce Workshop, Herbert C. Hoover Building, Dept. of Commerce, Washington, D.C. |
| June 2, 2000 | Speaker, "Domain Name Disputes," State Bar Section Education Institute Spring 2000 Meeting, Hyatt Regency, Monterey |
| May 18, 2000 | Panelist, "Strategies of Trademark/ Internet-Related Litigation and the ICANN/ Uniform Dispute Resolution Policy Alternative." AIPLA 2000 Spring Meeting, Westin William Penn Hotel, Pittsburgh |
| April 6, 2000 | Speaker, "Strategies and Tactics for Mediating Intellectual Property Disputes," ABA Section of Dispute Resolution Second Annual Meeting, Hilton Hotel & Towers, San Francisco |
| November, 1999 | Panelist, "International Arbitration of Intellectual Property Disputes," ABA International Law Section Fall Meeting, Le Meridien Hotel, New Orleans |
| October, 1999 | Speaker, "The World Intellectual Property Organization Process for the Resolution of Certain Domain Name Disputes – Internet Solutions for Internet Problems," ABA Section of Dispute Resolution Meeting, Hilton Hotel, Albuquerque |

13

| | |
|---|---|
| October, 1999 | Panelist, "International Arbitration: A Seminar For Skeptics," International Court of Arbitration of the International Chamber of Commerce, Garden Court Hotel, Palo Alto |
| October, 1999 | Panelist, "ADR Clauses in Licensing Agreements," LES Annual Meeting, Marriott Hotel, San Antonio |
| October, 1999 | Panelist, "Complex Issues in Arbitration," American Arbitration Association National Large Complex Case Panel Retreat, DoubleTree La Posada, Scottsdale |
| October, 1999 | Panelist, "Are you ready?  Y2K is Here," California Judges Association Annual Meeting, Hyatt Regency Hotel,  Monterey |
| September, 1999 | Speaker, "Dispute Resolution in Cyberspace," Intellectual Property Committee, Barristers' Club, Bar Association of San Francisco |
| September, 1999 | Panelist, "Online Dispute Resolution," World Intellectual Property Organization Conference on Electronic Commerce and Intellectual Property, Geneva |
| July, 1999 | Tutor, National Patent Board Training Program, Westin River North Hotel, Chicago |
| June, 1999 | Panelist, "National Patent Board – What Is It, and How Can It Help You?," ABA IPL Conference, Sheraton Palace Hotel, San Francisco |
| June, 1999 | Panelist, "Drafting Dispute Resolution Clauses in Cross-Border Transactions," NAFTA Advisory Committee and U.S. – Mexico Conflict Resolution Center Conference, United States Trade Center, Mexico City |
| April, 1999 | Panelist, "National Patent Board – A Revolutionary Approach to Patent Infringement Dispute Resolution", ABA Dispute Resolution Section Annual Meeting, Park Plaza Hotel, Boston |

14

| | |
|---|---|
| April, 1999 | Panelist, "Dispute Resolution in Cyberspace", ABA Dispute Resolution Section Annual Meeting, Park Plaza Hotel, Boston |
| April, 1999 | Panelist, "National Patent Board: The Creation of a Court of First Resort", AIPLA Spring Meeting, Sheraton Chicago Hotel & Towers, Chicago |
| March, 1999 | Panelist, "Arbitration of IP Disputes in the Era of NAFTA," American Bar Association and St. Mary's University School of Law, Hyatt Regency Hotel, San Antonio |
| November, 1998 | Panelist, "Private Practitioner's View of the National Patent Board Rules," National Patent Board Conference, Argent Hotel, San Francisco |
| October, 1998 | Panelist, "Electronic Commerce and Dispute Resolution," International Chamber of Commerce Institute of World Business Law, Paris |
| April, 1998 | Panelist, "Spotlight on ICC and the New 1998 Rules of Arbitration," International Chamber of Commerce, Ritz-Carlton, San Francisco |
| November, 1997 | Moderator, "Using ADR to Resolve Intellectual Property Disputes," Licensing Executives Society International Annual Meeting, Hyatt Regency, San Diego |
| October, 1997 | Speaker, "Arbitration of International IP Disputes," Price Waterhouse Intellectual Property Leadership Forum, The Banker's Club, San Francisco |
| September, 1997 | Speaker and Moderator, "Silicon Valley 2000 ADR," International Chamber of Commerce, American Arbitration Association, Ritz-Carlton, San Francisco |
| August, 1997 | Speaker, "Resolving International Disputes Concerning Intellectual Property," American Bar Association Annual Meeting, San Francisco |

15

| | |
|---|---|
| August, 1997 | Speaker, "International Dispute Resolution In Singapore," American Bar Association Annual Meeting, San Francisco |
| July, 1997 | Chair, Seminar on International Arbitration, The Study Group, Reading, England |
| May, 1997 | Expert appointed by Central and East European Law Initiative, ABA, to train Romanian lawyers in international commercial arbitration, Timisoara and Bucharest |
| April, 1997 | Instructor, International Commercial Arbitration, Baker & McKenzie Western Hemisphere Associates Meeting, Monterrey, Mexico |
| March, 1997 | Panelist, Conference on the Arbitration of Intellectual Property Disputes, The Parker School of Foreign and Comparative Law at the Columbia Law School/World Intellectual Property Organization, New York |
| March, 1997 | Tutor, International Arbitration Training, Stanford Law School/American Arbitration Association/ Chartered Institute of Arbitrators, Stanford University, Palo Alto |
| January, 1997 | Speaker, "Mediation of International Business Disputes," Section of Business Law/American Corporate Counsel Association, Hotel Nikko, San Francisco |
| August, 1996 | Chair, "International Arbitration of Intellectual Property Disputes Under The WIPO Arbitration Rules," A.B.A. Annual Meeting, Walt Disney Swan Hotel, Orlando |
| July, 1996 | Chair, Seminar on International Arbitration, The Study Group For International Contracts, Civil Service College, Ascot, England |
| May, 1996 | Chair, "Simulated International Arbitration," Inter-Pacific Bar Association, Shangri-La Hotel, Manila |

16

| | |
|---|---|
| March, 1996 | Speaker, "Special Considerations in Intellectual Property Litigation," *The IP Litigator*, The University Club, New York |
| January, 1996 | Speaker, Hastings International and Comparative Law Review Symposium on "Licensing, Protection and Enforcement of Intellectual Property Rights in East Asia," San Francisco |
| December, 1995 | Expert appointed by Central and East European Law Initiative, ABA, to train Polish lawyers in international commercial arbitration, Gdansk and Warsaw |
| November, 1995 | Panelist "International Litigation of Intellectual Property Disputes," ABA International Law Section Fall Meeting, Mark Hopkins Hotel, San Francisco |
| July, 1995 | U.S. Speaker, Seminar on International Arbitration, the Study Group for International Commercial Contracts, Eynsham Hall, Oxford, England |
| May, 1995 | Faculty, Simulated International Arbitration, Inter-Pacific Bar Association, Sheraton Palace Hotel, San Francisco |
| February, 1995 | Faculty, International Arbitrator Training Workshop, Asia/Pacific Center for Resolution of International Business Disputes and the Hong Kong International Arbitration Centre, Hong Kong |
| October, 1994 | "The Asian Concept of Combining Arbitration and Conciliation," Joint Colloquium of the International Chamber of Commerce, the International Centre for the Settlement of Investment Disputes, and the American Arbitration Association, Sheraton Palace Hotel, San Francisco |
| July, 1994 | U.S. Speaker, Seminar on International Arbitration, the Study Group for International Commercial Contracts, Churchill College, Cambridge University |

MSD0654.DOC;3

| | |
|---|---|
| May, 1994 | Faculty, International Arbitrator Training Workshop, Asia/Pacific Center for Resolution of International Business Disputes and the Singapore International Arbitration Centre, Singapore |
| May, 1994 | Faculty, Conciliation of International Commercial Disputes, Inter-Pacific Bar Association 4th Annual Conference, Singapore |
| April, 1994 | Panelist, Arbitration Under the London Court of International Arbitration Rules, A.B.A. International Law Section 1994 Spring Meeting, Washington, D.C. |
| April, 1994 | Faculty, International Arbitrator Training Workshop, American Arbitration Association, British Columbia International Commercial Arbitration Centre, Vancouver, Canada |
| December, 1993 | Address, "Independence and Neutrality of Arbitrators – The Party Arbitrator and *Ex Parte* Communications," The Commercial Arbitration Association of the Republic of China, Taipei, Taiwan |
| October, 1993 | Faculty, International Arbitrator Training Workshop, American Arbitration Association. International Chamber of Commerce, International Centre for Settlement of Investment Disputes of the World Bank, Coral Gables, Florida |
| October, 1993 | Commentator, mock international commercial arbitration, Resolving International Business Disputes, the Center for International Commercial Dispute Resolution, Honolulu, Hawaii |
| September, 1993 | U.S. Speaker, Seminar on International Arbitration, The Study Group for International Commercial Contracts, Royal Holloway College, University of London |
| August, 1993 | Speaker, "The UNCITRAL Arbitration Rules and the Truncated Tribunal," XXXVII Congress of the Union Internationale des Avocats, San Francisco |

18

| | |
|---|---|
| May, 1993 | Instructor, "The Qualification and Training of International Commercial Arbitrators," Inter-Pacific Bar Association, Taipei, Taiwan |
| November, 1992 | Panelist, "Recent Developments in Arbitration," Arbitration Day, Sheraton Palace Hotel, San Francisco |
| July, 1992 | U. S. Speaker, Euro Conference Seminar on International Commercial Arbitration, Queens' College, Cambridge University |
| May, 1991 | "Arbitration of Technology Licensing Disputes," Peninsula Intellectual Property Law Association, Red Lion Inn, San Jose |

**Publications**

Chapter on "ICANN Dispute Resolution Guidelines," *Internet Law & Practice*, Ch. 16, The West Group (2002)

Chapter on "Unique Problems Posed by Intellectual Property Disputes," *The Alternative Dispute Resolution Practice Guide*, Ch. 18, The West Group (2001)

Chapter on "International Mediation and Conciliation," *The Alternative Dispute Resolution Practice Guide*, Ch. 33, The West Group (2001)

\

"California and Arbitrator Failure to Disclose," 24(4) *Journal of International Arbitration* 389 (Kluwer 2007)
"ICANN'S New Ombudsman Has a Community Service Mission," Vol. 22, No. 8 *Alternatives* 126 (Sept. 2004)

"'Distinctive' and 'Famous' -- Separate Requirements Under the Federal Trademark Dilution Act?," 3 *J. Marshall Rev. Intell. Prop. L.* 174 (April 2004)

"The UDRP Model Applied to Online Consumer Transactions," *Journal of International Arbitration*, Vol. 20, No. 5, 475 (October 2003)

"New Dispute Resolution Procedures for .cn Domain Are Far-Reaching," *Electronic Commerce & Law Reports*, Vol. 7, No. 47 (December 11, 2002)

"Settling Disputes the NPB Way," *Dispute Resolution Journal*, 76 (August-October 2002)

19

"ICANN's Newest Service Provider: The Asian Domain Name Dispute Resolution Centre,"  *E-Commerce Law* (June 2002)

"Divergence in the UDRP and the Need for Appellate Review," *Journal of Internet Law*, Vol. 5, No. 11, 1 (May 2002)

"The Uniform Domain Name Dispute Resolution Process and the Appearance of Impartiality – Panelists Impaled on the Horns of a Dilemma," *Journal of International Arbitration*, Vol. 19, No. 1, 33 (February 2002)

"Binding Arbitrations of Domain Name Disputes in Hong Kong," *Journal of Internet Law*, Vol. 5, No. 3, 12 (September 2001)

"The UDRP: Fundamentally Fair, But Far From Perfect,"  *Electronic Commerce & Law Reports*, Vol. 6, No. 34 (August 29, 2001)

"New gTLD's, *.biz* and *.info*, Introduce New Dispute Resolution Processes," *Electronic Commerce & Law Reports*, Vol. 6, No. 26, 674 (June 27, 2001)

"A Proposal for an Appellate Panel for the Uniform Domain Name Dispute Resolution Policy," *Journal of International Arbitration*, Vol. 18, No. 1, 131 (February 2001)

M. Scott Donahey and Sandra A. Sellers, "Can Three-Mediator Panels Resolve 'Impossible' Disputes?," *Alternatives*, Vol. 19, No. 2, 71 (February 2001)

"Adding Appeals Procedure to Dispute Resolution Might Satisfy ICANN Critics," *Electronic Commerce & Law Reports*, Vol. 6, No. 2, 33 (January 10, 2001)

"The UDRP and the Absence of the Rule of Law," *Journal of Internet Law*, Vol. 4, No. 6, 15 (December 2000)

"*Avery Dennison* Revisited - The Courts vs. The ICANN Uniform Dispute Resolution Policy," Vol. 25, No. 1 *New Matter* 44 (Spring 2000)

"Domain Names Legislation: The Balkanization of the Internet," Vol. 2, No. 6, *E-Commerce Law Report* 7 (April 2000)

"Reflections on the First ICANN Arbitration," *Dispute Resolution Magazine*, Winter 2000, at 12

20

"Disputing Domains," *The Daily Journal*'s supplement *Verdicts & Settlements* (March 10, 2000)

"Mandatory Resolution of Domain Name Disputes," *Journal of Internet Law*, Vol. 3, No. 7, January 2000

"Online Agreements to Arbitrate," Vol. 6, No. 1 *IP Litigator* 1 (January/February 2000)

"Current Developments in Online Dispute Resolution," Vol. 16, No. 4 *Journal of International Arbitration* 115 (December 1999)

"The Advantages of Arbitrating Patent Licensing Disputes," *Corporate Counsel* Magazine (December 1999)

"ADR Is The Better Way to Settle Disputes Over Y2K," *The National Law Journal* (October 4, 1999)

"Resolving Certain Domain Name Disputes – The WIPO Recommendations," Vol. 3, No. 1 *Journal of Internet Law* 9 (July 1999); reprinted in *Commercial Mediation and Arbitration in the NAFTA Countries* at 313 (JurisNet LLC 1999)

"Court of First Resort," *California Law Business* (February 21, 1999)

"Dispute Resolution in Cyberspace," Part I - Vol. 2, No. 6 *Journal of Internet Law* 25 (December 1998); Part II - Vol. 2, No. 7 *Journal of Internet Law* 5 (January 1999); article reprinted in full at Vol. 15, No. 4 *Journal of International Arbitration* 127 (December 1998)

"Closed Parameters: Arbitrators Must Comply With Parties' Agreement," *San Francisco Daily Journal*, June 24, 1998, at 5

"International Mediation/Conciliation," *ADR & The Law*, 20 *Fordham International Law Journal* 271 (1997)

"From *The Bremen to Mitsubishi* (and Beyond): International Arbitration Adrift in U.S. Waters," Vol. 7, No. 2, *The American Review of International Arbitration* 149 (1996)

"International Commercial Dispute Resolution," Vol. 31, No. 2 *The International Lawyer* 261 (Summer 1997)

21

Casenote "On the Case *Kotam Electronics, Inc. v. JBL Consumer Products, Inc.*," Vol. 14, No. 2 *Journal of International Arbitration* 145 (June 1997)

"Enforcement of Injunctive Relief and Arbitration Awards Concerning Title to and Enforcement of Intellectual Property Rights in Asia and the Pacific Rim," Vol. 19, No. 4 *Hastings International and Comparative Law Review* 727 (Summer 1996)

"Defending the Arbitration Against Sabotage," Vol. 13, No. 1 *Journal of International Arbitration* 93 (March 1996)

"The Asian Concept of the Conciliator/Arbitrator: Is It Translatable to the Western World?," Vol. 10, No. 1 *Foreign Investment Law Journal* 120 (Spring 1995)

"Seeking Harmony - The Asian Concept of the Conciliator/Arbitrator," *Dispute Resolution Journal* 74 (April-June 1995); reprinted at Vol. 61, No. 4 *Arbitration* 279, a quarterly publication of the Chartered Institute of Arbitrators (November 1995)

"Two Cultures, One System," Vol. 4, No. 4, *Asian Law Journal* 26 (April 1995)

"Mediation, Arbitration Resolve Disputes While Reducing Costs," *San Jose Mercury News* (November 28, 1994)

"Avoiding Discovery in U.S. Arbitration," [1994] 5 *Singapore Institute of Arbitrators Newsletter* 3 (November, 1994)

"The UNCITRAL Arbitration Rules and the Truncated Tribunal," Vol. 4, No. 2 *The American Review of International Arbitration* 191 (1993), reprinted at 38 *Commercial Arbitration* 99, a quarterly publication of the Commercial Arbitration Association of the Republic of China (January 16, 1995)

"Punitive Damages in International Commercial Arbitration," Vol. 10, No. 3 *Journal of International Arbitration* 67 (Sept. 1993), reprinted at [1994] 2 *Singapore Arbitrator* 2 (April 1994) and in the A.B.A. Section of International Law and Practice, International Practitioners Workshop Series, Vol. IV (Spring 1994)

"The Independence and Neutrality of Arbitrators," Vol. 9, No. 4 *Journal of International Arbitration* 31 (Dec. 1992), reprinted at 33 *Commercial Arbitration* 64, a quarterly publication of the Commercial Arbitration Association of the Republic of China (Sept. 1993) and in the A.B.A. Section of International Law and Practice, International Practitioners Workshop Series, Vol. IV (Spring 1994)

"Arbitration: When Mediation Won't Work," *Northern California Human Resources Council Quarterly Bulletin* (Oct. 1992)

"ADR Gives Parties Control of Process," Vol. XXVII, No. 3 *Les Nouvelles, Journal of the Licensing Executives Society* 132 (Sept. 1992)

"Calming Foreign Clients' Fear of U.S. Discovery," *The Recorder* (Aug. 22, 1991)

"Arbitration More Amicable Way of Settling Business Disputes," *The Business Journal* (June 3, 1991)

"Mediation and Conciliation in the Asia/Pacific Region: Sites, Centers and Practices," *Doyles Dispute Resolution Practice: Asia/Pacific*, CCH International (1990)

"California's Modified Model Law on International Arbitration and Conciliation," *AIJA Gazette of International Arbitration* (July 1988)

M.S. Donahey and T.P. Devitt, "International Arbitration of Patent Disputes," 65 *Journal of the Patent Office Society* 621 (Nov. 1983)


**Admitted To Practice**     State Bar of California; State Bar of Arizona; State Bar of Illinois
United States District Courts:        United States Courts of Appeal:
Northern District of California        Ninth Circuit
Southern District of California        Eleventh Circuit
Central District of California          Federal Circuit
Eastern District of California
Northern District of Illinois

Past Chair, California State Bar Section on Antitrust and Trade Regulation