# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 12/20/07

C-07-04187 SBA           JUDGE: SAUNDRA BROWN ARMSTRONG

Title: SAP AKTIENGESELLSCHAFT vs. I2 TECHNOLOGIES, INC.

Atty.:   TODD GREGORIAN           TED STEVENSON

         MICHAEL SACKSTEDER       SCOTT HEJNY/SASON SONODA

Deputy Clerk: Lisa R. Clark           Court Reporter:   N/R

**PROCEEDINGS**
Plt   DFT
( )   ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
          ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

### RESULT OF CASE MANAGEMENT CONFERENCE

Case Continued to 7/9/08 for a CLAIM CONSTRUCTION HEARING @ 9:00 AM FOR 2.5-3.5 HOURS
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off _____ Expert Discovery Cut-off _____
Plft to name Experts by _____ Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) 1/13/09
Case Continued to 3/3/09 for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 2/3/09   Motions in limine/objections to evidence due 2/10/09
Responses to motions in limine and/or responses to objections to evidence due 2/17/09
Case Continued to 3/16/09 for Trial(Court/Jury: 10 Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 1/14-1/30/09 BEFORE A MAGISTRATE JUDGE; COURT MEDIATION TO BE COMPLETED BY 2/29/08
                                                   cc: WINGS HOM & ADR VIA FAX