**VIA EMAIL**

January 29, 2008

David L. Hayes
Hector J. Ribera
Lynn Harold Pasahow
Saina Sason Shamilov
Todd Richard Gregorian
Fenwick & West LLP
801 California Street
Mountain View, CA  94041

Michael John Sacksteder
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA  94104

Jason Kiyoshi Sonoda
Ned N. Isokawa
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA  94105

Luke F. McLeroy
Scott W. Hejny
Theodore Stevenson, III
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201

Re:     SAP Aktiengesellschaft v. i2 Technologies, Inc., C 07-04187 SBA MED

Dear Counsel:

      This will confirm that we have scheduled the mediation in this case for Wednesday, February 27, 2008.  We will meet at the offices of Fenwick & West, 801 California Street, Mountain View, beginning at 10:00 a.m.

      Please make sure that the joint mediation statement is in my office by Monday, February 25, 2008.  Please include any key documents that you think I should read.

      Also, please remember to arrange for your clients' attendance.  Please prepare for the mediation by discussing each of the following items with your clients:

    1) clients' interests, not just positions, and how these interests could be met;
    2) other side's interests, and how these could be met;

3) best and worst alternatives to a negotiated settlement;
4) strengths and weaknesses of case; and
5) estimated budget to litigate the case through trial.

I will donate my preparation time and the time to conduct the mediation.

I look forward to assisting you on this case.

Sincerely,


M. Scott Donahey



cc:  Alice M. Fiel, ADR Case Administrator (via email)

3790 El Camino Real
Suite 171
Palo Alto, CA 94306

adr@scottdonahey.com
(650) 823-0338 Voice
(650) 941-4262 Fax

3790 El Camino Real
Suite 171
Palo Alto, CA 94306

adr@scottdonahey.com
(650) 823-0338 Voice
(650) 941-4262 Fax