| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Michael S. Perez (mperez@mckoolsmith.com)
McKool Smith P.C.
300 W. 6th Street; Ste 1700
Austin, TX 78701
tel (512)692-8700 fax (512)692-8744



FILED
FEB - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAP Aktingesellschaft

          Plaintiff(s),

    v.

i2 Technologies, Inc.

          Defendant(s).

CASE NO. 4:07CV04187-SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Michael S. Perez, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing i2 Technologies in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Jason Sonoda; Paul Hastings, 55 Second Street, 24th Floor, San Francisco, CA 94105 tel: 415/856-7085 fax:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/05/2008



```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001607
Cashier ID: lenanac
Transaction Date: 02/07/2008
Payer Name: McKool Smith

PRO HAC VICE
 For: Michael S. Perez
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 61117
 Amt Tendered:   $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```