1  LYNN H. PASAHOW (CSB No. 054283)
    (lpasahow@fenwick.com)
2  DAVID L. HAYES (CSB No. 122894)
    (dhayes@fenwick.com)
3  MICHAEL J. SACKSTEDER (CSB No. 191605)
    (msacksteder@fenwick.com)
4  SAINA SHAMILOV (CSB No. 216636)
    (sshamilov@fenwick.com)
5  HECTOR RIBERA (CSB No. 221511)
    (hribera@fenwick.com)
6  TODD R. GREGORIAN (CSB NO. 236096)
    (tgregorian@fenwick.com)

FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No.  4:07-cv-04187 SBA<br><br>**NOTICE OF CHANGE IN COUNSEL** |
|---|---|

   Pursuant to General Order Number 45, Plaintiff SAP AKTIENGESELLSCHAFT hereby provides notice of the withdrawal of Lynn H. Pasahow as counsel of record.  The name of this attorney should be removed from any service lists.

Dated: February 28, 2008                FENWICK & WEST LLP

                                        By:       /s/Todd R. Gregorian
                                                  Todd R. Gregorian

                                        Attorneys for Plaintiff SAP Aktiengesellschaft

NOTICE OF CHANGE IN COUNSEL                                    CASE NO. 4:07-CV-04187 SBA