

1  DAVID L. HAYES (CSB No. 122894)
      (dhayes@fenwick.com)
2  MICHAEL J. SACKSTEDER (CSB No. 191605)
      (msacksteder@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street
4  12th Floor
   San Francisco, CA 94104
5  Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
6
7  SAINA S. SHAMILOV (CSB No. 216636)
      (sshamilov@fenwick.com)
8  HECTOR J. RIBERA (CSB No. 221511)
      (hribera@fenwick.com)
9  TODD R. GREGORIAN (CSB NO. 236096)
      (tgregorian@fenwick.com)
10 LESLIE A. KRAMER (CSB NO. 253313)
      (lkramer@fenwick.com)
11 FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
12 Mountain View, CA  94041
   Telephone:    (650) 988-8500
13 Facsimile:    (650) 938-5200

14 Attorneys for Plaintiff
   SAP AKTIENGESELLSCHAFT

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        OAKLAND DIVISION

18 SAP AKTIENGESELLSCHAFT, a          Case No. 4:07-cv-04187 SBA
19 German corporation,
                                      **STIPULATION AND PROPOSED ORDER**
20             Plaintiff,             **REGARDING EXCHANGE OF CLAIM**
                                      **TERMS**
21     v.

22 i2 TECHNOLOGIES, INC., a Delaware
   corporation,
23             Defendant.

24

25        Pursuant to Civil Local Rule 6-1(b) and 6-2, the parties in the above-captioned matter

26 hereby file this stipulated request to enlarge a deadline set by the Court's January 18, 2008

27 scheduling order.  Specifically, the parties request that the last day for the parties to exchange list

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND PROPOSED ORDER
RE EXCHANGE OF CLAIM TERMS                              CASE NO. 4:07-CV-04187 SBA

1   of proposed terms for claim construction pursuant to Patent Local Rule 4-1 be extended from

2   March 3, 2008, to March 7, 2008. The parties make this request because the attorney previously

3   tasked with developing Plaintiff's list of proposed terms was briefly hospitalized during the past

4   week, delaying completion of the list. The parties have otherwise been diligent in developing

5   their lists of proposed terms and expect that no further extensions will be required.

6        This is the parties' first request for an extension of time with respect to this deadline,

7   which will have no effect on the current schedule. The parties previously stipulated to extend the

8   dates for exchange of Preliminary Infringement Contentions, Preliminary Invalidity Contentions,

9   and the accompanying productions under Patent Local Rules 3-1, 3-2, 3-3, and 3-4. The required

10  disclosures were all served within the extended deadlines, without need for further extension.

11  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

12  Dated:  February 29, 2008

FENWICK & WEST LLP

13

14  By:/s/  Michael Sacksteder
         Michael Sacksteder

15  Attorneys for Plaintiff SAP Akteingesellschaft

16  Dated:   February 29, 2008

17

18  By:
         Jason Sonoda

19  Attorneys for Defendant i2 Technologies, Inc.

20

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22  Dated: _____, 2008

23

24                                        The Honorable Saundra Brown Armstrong
                                          United States District Judge
25                                        Northern District of California

26

27

28

STIPULATION AND PROPOSED ORDER
RE EXHANGE OF CLAIM TERMS                    2                CASE NO. 4:07-CV-04187 SBA