# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| SAP Aktiengesellschaft, | No. C 07-04187 SBA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| i2 Technologies, Inc., | |
| Defendant(s). | |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __FEB. 27, 2008__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session scheduled for (date) __STILL SEEKING DATE__

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: __10 MARCH 2008__

_____
**Mediator, M. Scott Donahey**
3790 El Camino Real, Suite 171
Palo Alto, CA 94306

**Certification of ADR Session**
07-04187 SBA MED