| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | NED N. ISOKAWA (SB# 66287) |
| 2 | nedisokawa@paulhastings.com |
| | JASON K. SONODA (SB# 248105) |
| 3 | jasonsonoda@paulhastings.com |
| | 55 Second Street, Twenty-Fourth Floor |
| 4 | San Francisco, CA  94105-3441 |
| | Telephone:  (415) 856-7000 |
| 5 | Facsimile:  (415) 856-7100 |
| 6 | THEODORE STEVENSON, III (*pro hac vice*) |
| | tstevenson@mckoolsmith.com |
| 7 | SCOTT W. HEJNY (*pro hac vice*) |
| | shejny@mckoolsmith.com |
| 8 | McKOOL SMITH, P.C. |
| | 300 Crescent Court, Suite 1500 |
| 9 | Dallas, Texas 75201 |
| | Telephone:  (214) 978-4241 |
| 10 | Facsimile:  (214) 978-4044 |
| | www.mckoolsmith.com |
| 11 | |
| | Attorneys for Defendant |
| 12 | i2 TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation, | CASE NO. 4:07-CV-04187 SBA |
| Plaintiff, | **DECLARATION OF JASON K. SONODA IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |
| vs. | |
| i2 TECHNOLOGIES, INC., a Delaware corporation, | |
| Defendant. | |

Case No. 4:07-CV-04187 SBA

DECLARATION OF JASON K. SONODA IN SUPPORT OF DEF**'S** RESPONSE TO PL**'S** MOTION FOR LEAVE TO AMEND

Jason K. Sonoda declares and says:

1. I am an active member in good standing of the State Bar of California and am associated with the law firm Paul, Hastings, Janofsky & Walker, LLP, counsel of record for defendant i2 Technologies, inc. ("i2"), in this action.

2. I submit this declaration in support of i2's Response to Plaintiff's Motion for Leave to Amend. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

3. A true and correct copy of SAP's Preliminary Infringement Contentions, served on January 11, 2008, is attached as Exhibit A.

4. A true and correct copy of the Stipulated Protective Order, entered by the Court on January 7, 2008, is attached as Exhibit B.

5. A true and correct copy of a February 29, 2008 email from Andrew W. Spengler to Michael Sacksteder is attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America and the State of California that each of the foregoing statements is true and correct. Executed this 17th day of March, 2008, at San Francisco, California.

Dated: March 17, 2008        PAUL HASTINGS JANOFSKY & WALKER LP

By: _____/s/ Jason K Sonoda_____
      Jason K. Sonoda

Attorneys for Defendant i2 Technologies, Inc.

Case No. 4:07-CV-04187 SBA

DECLARATION OF JASON K. SONODA IN SUPPORT OF DEF'S RESPONSE TO PL'S MOTION FOR LEAVE TO AMEND

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On March 17, 2008, I served a true and correct copy of:

**DECLARATION OF JASON K. SONODA IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

☒   **VIA ELECTRONIC MAIL:**

Pursuant to the operation of the U.S. District Court for the Northern District of California E-Filing system, all parties above have been served via e-mail; per Local Rule 5-4 and General Order 45.

All parties below have been served via e-mail. as follows:

| | |
|---|---|
| Michael J. Sacksteder<br>Fenwick & West LLP<br>555 California Street, Suite 1200<br>San Francisco, CA 94104<br>msacksteder@fenwick.com | Hector J. Ribera<br>Fenwick & West LLP<br>Silicon Valley Street<br>801 California Street<br>Mountain View, CA 94041<br>hribera@fenwick.com |
| David L. Hayes<br>Fenwick & West LLP<br>Silicon Valley Street<br>801 California Street<br>Mountain View, CA 94041<br>dhayes@fenwick.com | Saina Sason Shamilov<br>Fenwick & West LLP<br>Silicon Valley Street<br>801 California Street<br>Mountain View, CA 94041<br>sshamilov@fenwick.com |
| | Todd R. Gregorian<br>Fenwick & West LLP<br>Silicon Valley Street<br>801 California Street<br>Mountain View, CA 94041<br>tgregorian@fenwick.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 17, 2008, at San Francisco, California.

By:   /s/ Carol Alexander
      Carol Alexander

LEGAL_US_W # 58452040.1

Case No. 4:07-CV-04187 SBA

DECLARATION OF JASON K. SONODA IN SUPPORT OF DEF'S RESPONSE TO PL'S MOTION FOR LEAVE TO AMEND