# EXHIBIT A

1   LYNN H. PASAHOW (CSB No. 054283)
       (lpasahow@fenwick.com)
2   DAVID L. HAYES (CSB No. 122894)
       (dhayes@fenwick.com)
3   MICHAEL J. SACKSTEDER (CSB No. 191605)
       (msacksteder@fenwick.com)
4   SAINA S. SHAMILOV (CSB No. 216636)
       (sshamilov@fenwick.com)
5   HECTOR J. RIBERA (CSB No. 221511)
       (hribera@fenwick.com)
6   TODD R. GREGORIAN (CSB NO. 236096)
       (tgregorian@fenwick.com)
7   LESLIE A. KRAMER (CSB NO. 253313)
       (lkramer@fenwick.com)
8   FENWICK & WEST LLP
    Silicon Valley Center, 801 California Street
9   Mountain View, CA  94041
    Telephone:    (650) 988-8500
10  Facsimile:    (650) 938-5200

11  Attorneys for Plaintiff
    SAP AKTIENGESELLSCHAFT

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16  SAP AKTIENGESELLSCHAFT, a            Case No. 4:07-cv-04187 SBA
    German corporation,
17                                       **PLAINTIFF SAP AG'S PRELIMINARY**
                  Plaintiff,             **INFRINGEMENT CONTENTIONS**
18
          v.                             **[PATENT L.R. 3-1]**
19
    i2 TECHNOLOGIES, INC., a Delaware    Judge:  Hon. Saundra B. Armstrong
20  corporation,

                  Defendant.
21

22          Pursuant to Patent L.R. 3-1 Plaintiff SAP Akteingesellschaft ("SAP") makes to Defendant

23  i2 Technologies, Inc. ("i2") this Disclosure of Asserted Claims and Preliminary Infringement

24  Contentions.  SAP's disclosures to date are preliminary.  SAP has requested documents from i2;

25  i2's productions have not yet been completed, either in response to these requests or pursuant to

26  Patent L.R. 3-4.  Moreover, SAP only very recently obtained over 150 GB of documents and

27  information produced by i2 as part of discovery in *i2 Technologies US, Inc. et al. v. SAP AG et*

28  *al.*, Case No. 2:06-CV-352, Eastern District of Texas.  SAP has not completed its substantive

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  review of these documents.  SAP anticipates that the review of these documents, further

2  discovery and other events in the litigation may cause it to further revise, supplement, and/or

3  otherwise modify its infringement contentions and it makes this disclosure without prejudice to

4  doing so.

5     **A.    Patent L.R. 3–1(a)**

6     SAP alleges that i2 infringes at least claims 1, 2, 3, 4, 5, 8, 10, 22, 25, 27, 30, 33 and 36 of

7  U.S. Patent No. 6,750,766 (the '766 patent) and at least claims 1, 8, 15 and 22 of U.S. Patent No.

8  6,407,761 (the '761 patent).

9     SAP anticipates that events in the litigation, such as substantive review of documents

10  produced by i2 to date, further discovery to be provided by i2 and/or by third parties and the

11  Court's claim construction may impact the patent claims it will allege i2 infringes.  SAP reserves

12  the right to add to or otherwise modify its identification of claims it contends are infringed.  SAP

13  additionally reserves the right to add to or otherwise modify its identification of the manner in

14  which claims are infringed.

15     **B.    Patent L.R. 3–1(b)**

16     SAP preliminarily identifies that the Accused Instrumentalities include i2 Six

17  Collaborative Supply Execution including Event Management and i2 Six Transportation and

18  Distribution Management, and any other i2 solution that monitors events or alerts in a manner

19  similar to i2 Six Collaborative Supply Execution including Event Management and/or provides

20  user graphical interface allowing configuration or customization of methods or operations of a

21  business object or element in a manner similar to i2 Six Transportation and Distribution

22  Management.

23     SAP anticipates that events in the litigation, such as substantive review of documents

24  produced by i2 to date, further discovery to be provided by i2 and/or by third parties and the

25  Court's claim construction may impact the patent claims it will allege i2 infringes and the

26  Accused Instrumentalities it will allege infringe those patent claims.  SAP reserves the right to

27  add to or otherwise modify its identification of claims it alleges are infringed and identification of

28  Accused Instrumentalities it contends infringe those claims.  SAP additionally reserves the right

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    to add to or otherwise modify its identification of the manner in which claims are infringed.

2    **C.    Patent L.R. 3–1(c)**

3    Attached hereto as Exhibits A and B are charts preliminarily identifying where each

4    element of each asserted claim is found within the Accused Instrumentalities.

5    SAP's identification of Accused Instrumentalities above and/or in the accompanying chart

6    is Preliminary. SAP's identification of where elements of asserted claims may be found in the

7    Accused Instrumentalities also is preliminary. These identifications are based upon Plaintiff's

8    present knowledge and analysis. SAP continues its investigation and reserves its right to

9    supplement, amend, and/or revise its contentions as events in the litigation occur and SAP

10   conducts further investigation and/or analysis.

11   **D.    Patent L.R. 3–1(d)**

12   SAP presently contends each element of each asserted claim is literally present in the

13   Accused Instrumentalities. SAP reserves its right to assert infringement under the Doctrine of

14   Equivalents in light of further discovery, investigation or analysis, the Court's claim construction,

15   events in the litigation, or positions advanced by i2.

16   **E.    Patent L.R. 3–1(e)**

17   The claims of the '766 patent are entitled the priority date of February 6, 2002.

18   **F.    Patent L.R. 3–1(f)**

19   Certain versions of SAP's Task and Resource Management practice the claimed invention

20   in the asserted claims of the '766 patent. In addition, versions of SAP's ECC and SAP SCM

21   practice the claimed invention in the asserted claims of the '766 patent.

22   Certain versions of SAP Assistant and SAP's NetWeaver Developer Studio practice the

23   claimed invention in the asserted claims of the '761 patent.

24   SAP's contentions are made on information it has analyzed as of this date. Many

25   important pieces of discovery relevant to SAP's infringement contentions have not yet been made

26   or were made only so recently as to prevent meaningful analysis. SAP anticipates that

27   outstanding discovery and/or further analysis may impact its contentions and expressly reserves

28   the right to alter and supplement them. Further, in the event that new or different versions of the

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

SAP'S PRELIMINARY INFRINGEMENT          3          CASE NO. 4:07-CV-04187 SBA
CONTENTIONS

1    Accused Instrumentalities are made, SAP anticipates that it may supplement its contentions with

2    respect to such versions.

3        Nothing in this disclosure is intended to or does limit SAP's ability to present at trial, at

4    hearing on motion, or otherwise in support of or in opposition to a motion, or in other proceeding,

5    evidence, testimony, or argument in support of its contentions as to i2's infringement or for other

6    purposes.  In particular, nothing limits the evidence SAP may introduce pursuant to Federal Rules

7    of Evidence 702, 703, or 705 or otherwise via witness providing expert testimony.

8

9    Dated: January 11, 2007                    FENWICK & WEST LLP

10                                              By:_____

11                                                  Saina Shamilov

12                                              Attorneys for Plaintiff SAP Aktiengesellschaft

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**EXHIBIT A**

Plaintiff SAP AG's Preliminary Infringement Contentions

U.S Patent No. 6,407,761

| Claim 1 | i2 Six |
|---|---|
| A system for visually customizing methods of a business object by creating a configuration comprising: | i2 Six includes a system for visually customizing methods of a business object by creating a configuration. <br><br> For example, i2 Six Transportation and Distribution Manager (TDM) includes a UI customization feature to visually customize methods of business objects, which are referred to as "operations" for a given "element" such as a truck load. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| means for providing a plurality of graphical icons representing a plurality of methods belonging to said business object; | i2 Six includes means for providing a plurality of graphical icons representing a plurality of methods belonging to said business object. <br><br> For example, for a "truck load" element, TDM system presents a list with a plurality of operations, such as "ABPP_Reject," "ABPP_Tender_Accept," "Auto_Tender," "Cancel_Load," etc. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/TDM_FlashKitv7/BrowserPlayer.cfm |
| means for selecting one of said plurality of graphical icons representing one of said plurality of methods; | i2 Six includes means for selecting one of said plurality of graphical icons representing one of said plurality of methods. <br><br> For example, in TDM system selection takes place with a pointing device used to click on graphical icons, such as boxes, buttons, and hyperlinks, for example, an operation in the list may be selected by clicking a checkbox or by selecting the "new" button. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| means for providing a plurality of | i2 Six includes means for providing a plurality of graphical icons representing a |

| | |
|---|---|
| graphical icons representing a plurality of parameters belonging to said one of said plurality of methods; | plurality of parameters belonging to said one of said plurality of methods.<br><br>For example, parameters belonging to the selected methods are graphically represented as text by the TDM system, some parameters also including a pull-down list icon. For example, "Availability" parameter for a new operation (e.g., "ABPP_Tender_Reject") includes an associated pull-down list icon.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| means for selecting one of said plurality of graphical icons representing one of said plurality of parameters; | i2 Six includes means for selecting one of said plurality of graphical icons representing one of said plurality of parameters.<br><br>For example, in the TDM system clicking on a pull-down list icon with a pointing device selects the parameter. For example, "Availability" parameter for a new operation (e.g., "ABPP_Tender_Reject") can be selected by clicking on the associated pull-down list icon.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| means for providing a plurality of graphical icons representing a plurality of fields belonging to said one of said plurality of parameters; | i2 Six includes means for providing a plurality of graphical icons representing a plurality of fields belonging to said one of said plurality of parameters.<br><br>When a pull-down list is displayed, a plurality of icons representing the fields belonging to that parameter are provided by the TDM system. For example, the pull-down list of fields belonging to the Availability parameter includes textual icons for the fields "Both View and Update Modes," "Update Mode Only," and "View Mode Only."<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| means for selecting one of said plurality of graphical icons representing one of said plurality of fields; | i2 Six includes means for selecting one of said plurality of graphical icons representing one of said plurality of fields.<br><br>Clicking on one of the icons representing the fields with a pointing device causes the field to be selected in the TDM system. For example, a user can click over the icon representing the "Both View and Update" field to select it.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| means for inputting a constant text value | i2 Six includes means for inputting a constant text value for said one of said |

| | |
|---|---|
| for said one of said plurality of graphical icons representing one of said plurality of fields; and | plurality of graphical icons representing one of said plurality of fields.<br><br>For example, after a user clicks on the selected field with a pointing device, the TDM system inputs the constant text value for the selected icon representing the field.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| means for saving said configuration based on said selecting of one of said plurality of graphical icons representing one of said plurality of methods belonging to said business object, said selecting of one of said plurality of graphical icons representing one of said plurality of parameters belonging to said one of said plurality of methods, and said selecting of one of said plurality of fields belonging to said one of said plurality of parameters. | i2 Six includes means for saving said configuration based on said selecting of one of said plurality of graphical icons representing one of said plurality of methods belonging to said business object, said selecting of one of said plurality of graphical icons representing one of said plurality of parameters belonging to said one of said plurality of methods, and said selecting of one of said plurality of fields belonging to said one of said plurality of parameters.<br><br>For example, when the user clicks on the "Submit" button, the configuration for the operation is saved by the TDM system and becomes available for execution with respect to any listed "truck load." For instances, when a new operation is created (e.g., "ABPP_Tender_Reject"), a new button for the operation is displayed in the "Load Processing" UI as a fully working function.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 8** | **i2 Six** |
| A method for visually customizing methods of a business object by creating a configuration comprising the steps of: | i2 Six designed to perform a method for visually customizing methods of a business object by creating a configuration.<br><br>For example, TDM includes a UI customization feature to visually customize methods of business objects, which are referred to as "operations" for a given "element" such as a truck load.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| providing a plurality of graphical icons representing a plurality of methods belonging to said business object; | i2 Six provides a plurality of graphical icons representing a plurality of methods belonging to said business object.<br><br>For example, for a "truck load" element, TDM presents a list with a plurality of operations, such as "ABPP_Reject," "ABPP_Tender_Accept," "Auto_Tender," |

3

| | |
|---|---|
| selecting one of said plurality of graphical icons representing one of said plurality of methods; | "Cancel_Load," etc.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/TDM_FlashKitv7/BrowserPlayer.cfm<br><br>i2 Six selects one of said plurality of graphical icons representing one of said plurality of methods.<br><br>For example, in TDM selection takes place with a pointing device used to click on graphical icons, such as boxes, buttons, and hyperlinks, for example, an operation in the list may be selected by clicking a checkbox or by selecting the "new" button.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| providing a plurality of graphical icons representing a plurality of parameters belonging to said one of said plurality of methods; | i2 Six provides a plurality of graphical icons representing a plurality of parameters belonging to said one of said plurality of methods.<br><br>For example, in TDM parameters belonging to the selected methods are graphically represented as text, some parameters also including a pull-down list icon. For example, "Availability" parameter for a new operation (e.g., "ABPP_Tender_Reject") includes an associated pull-down list icon.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| selecting one of said plurality of graphical icons representing one of said plurality of parameters; | i2 Six selects one of said plurality of graphical icons representing one of said plurality of parameters.<br><br>For example, in TDM clicking on a pull-down list icon selects the parameter. For example, "Availability" parameter for a new operation (e.g., "ABPP_Tender_Reject") can be selected by clicking on the associated pull-down list icon.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| providing a plurality of graphical icons representing a plurality of fields belonging to said one of said plurality of parameters; | i2 Six provides a plurality of graphical icons representing a plurality of fields belonging to said one of said plurality of parameters.<br><br>For example, in TDM when a pull-down list is displayed, a plurality of icons representing the fields belonging to that parameter are provided. For example, the pull-down list of fields belonging to the Availability parameter includes textual |

4

| Claim 15 | i2 Six |
|---|---|
| selecting one of said plurality of graphical icons representing one of said plurality of fields; | icons for the fields "Both View and Update Modes," "Update Mode Only," and "View Mode Only."<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm<br><br>i2 Six selects one of said plurality of graphical icons representing one of said plurality of fields.<br><br>For example, in TDM Clicking on one of the icons representing the fields causes the field to be selected. For example, a user can click over the icon representing the "Both View and Update" field to select it.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| inputting a constant text value for said one of said plurality of graphical icons representing one of said plurality of fields; and | i2 Six inputs a constant text value for said one of said plurality of graphical icons representing one of said plurality of fields.<br><br>For example, in TDM after a user clicks on the selected field, the computer inputs the constant text value for the selected icon representing the field.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| saving said configuration based on said selecting of one of said plurality of graphical icons representing one of said plurality of methods belonging to said business object, said selecting of one of said plurality of graphical icons representing one of said plurality of parameters belonging to said one of said plurality of methods, and said selecting of one of said plurality of fields belonging to said one of said plurality of parameters. | i2 Six saves saving said configuration based on said selecting of one of said plurality of graphical icons representing one of said plurality of methods belonging to said business object, said selecting of one of said plurality of graphical icons representing one of said plurality of parameters belonging to said one of said plurality of methods, and said selecting of one of said plurality of fields belonging to said one of said plurality of parameters.<br><br>For example, in TDM when the user clicks on the "Submit" button, the configuration for the operation is saved and becomes available for execution with respect to any listed "truck load." For example, when a new operation is created (e.g., "ABPP_Tender_Reject"), a new button for the operation is displayed in the "Load Processing" UI as a fully working function.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |

| | |
|---|---|
| A computer-readable medium having stored thereupon a plurality of instructions, said plurality of instructions including instructions which, when executed by a processor, cause the processor to perform the steps of: | i2 Six includes a computer-readable medium having stored thereupon a plurality of instructions, said plurality of instructions including instructions which, when executed by a processor. <br><br> For example, TDM can be stored on a computer-readable medium with instructions which when executed by a processor perform the following steps: <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| providing a plurality of graphical icons representing a plurality of methods belonging to said business object; | i2 Six provides a plurality of graphical icons representing a plurality of methods belonging to said business object. <br><br> For example, for a "truck load" element, TDM presents a list with a plurality of operations, such as "ABPP_Reject," "ABPP_Tender_Accept," "Auto_Tender," "Cancel_Load," etc. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/TDM_FlashKitv7/BrowserPlayer.cfm |
| selecting one of said plurality of graphical icons representing one of said plurality of methods; | i2 Six selects one of said plurality of graphical icons representing one of said plurality of methods. <br><br> For example, in TDM selection takes place with a pointing device used to click on graphical icons, such as boxes, buttons, and hyperlinks, for example, an operation in the list may be selected by clicking a checkbox or by selecting the "new" button. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| providing a plurality of graphical icons representing a plurality of parameters belonging to said one of said plurality of methods; | i2 Six provides a plurality of graphical icons representing a plurality of parameters belonging to said one of said plurality of methods. <br><br> For example, in TDM parameters belonging to the selected methods are graphically represented as text, some parameters also including a pull-down list icon. For example, "Availability" parameter for a new operation (e.g., "ABPP_Tender_Reject") includes an associated pull-down list icon. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |

6

| | |
|---|---|
| selecting one of said plurality of graphical icons representing one of said plurality of parameters; | i2 Six selects one of said plurality of graphical icons representing one of said plurality of parameters.<br><br>For example, in TDM clicking on a pull-down list icon selects the parameter. For example, "Availability" parameter for a new operation (e.g., "ABPP_Tender_Reject") can be selected by clicking on the associated pull-down list icon.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| providing a plurality of graphical icons representing a plurality of fields belonging to said one of said plurality of parameters; | i2 Six provides a plurality of graphical icons representing a plurality of fields belonging to said one of said plurality of parameters.<br><br>For example, in TDM when a pull-down list is displayed, a plurality of icons representing the fields belonging to that parameter are provided. For example, the pull-down list of fields belonging to the Availability parameter includes textual icons for the fields "Both View and Update Modes," "Update Mode Only," and "View Mode Only."<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| selecting one of said plurality of graphical icons representing one of said plurality of fields; | i2 Six selectes one of said plurality of graphical icons representing one of said plurality of fields.<br><br>For example, in TDM clicking on one of the icons representing the fields causes the field to be selected. For example, a user can click over the icon representing the "Both View and Update" field to select it.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| inputting a constant text value for said one of said plurality of graphical icons representing one of said plurality of fields; and | i2 Six inputs a constant text value for said one of said plurality of graphical icons representing one of said plurality of fields.<br><br>For example, in TDM after a user clicks on the selected field, the computer inputs the constant text value for the selected icon representing the field.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |

7

| Claim 22 | i2 Six |
|---|---|
| saving a configuration based on said selecting of one of said plurality of graphical icons representing one of said plurality of methods belonging to said business object, said selecting of one of said plurality of graphical icons representing one of said plurality of parameters belonging to said one of said plurality of fields belonging to said one of said plurality of parameters. | i2 Six saves a configuration based on said selecting of one of said plurality of graphical icons representing one of said plurality of methods belonging to said business object, said selecting of one of said plurality of parameters belonging to said one of said plurality of fields belonging to said one of said plurality of parameters. <br><br> For example, in TDM when the user clicks on the "Submit" button, the configuration for the operation is saved and becomes available for execution with respect to any listed "truck load." For example, when a new operation is created (e.g., "ABPP_Tender_Reject"), a new button for the operation is displayed in the "Load Processing" UI as a fully working function. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 22** | **i2 Six** |
| A system for visually customizing methods of a business object by creating a configuration comprising: | i2 Six is a system for visually customizing methods of a business object by creating a configuration. <br><br> For example, TDM includes a UI customization feature to visually customize methods of business objects, which are referred to as "operations" for a given "element" such as a truck load. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| a user interface for providing a plurality of graphical icons representing a plurality of methods belonging to said business object; | i2 Six includes a user interface for providing a plurality of graphical icons representing a plurality of methods belonging to said business object. <br><br> For example, for a "truck load" element, TDM presents a list with a plurality of operations, such as "ABPP_Reject," "ABPP_Tender_Accept," "Auto_Tender," "Cancel_Load," etc. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/TDM_FlashKitv7/BrowserPlayer.cfm |
| a user interface for selecting one of said plurality of graphical icons representing | i2 Six includes a user interface for selecting one of said plurality of graphical icons representing one of said plurality of methods. |

| | |
|---|---|
| one of said plurality of methods; | For example, in TDM selection takes place with a pointing device used to click on graphical icons, such as boxes, buttons, and hyperlinks, for example, an operation in the list may be selected by clicking a checkbox or by selecting the "new" button.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| a user interface for providing a plurality of graphical icons representing a plurality of parameters belonging to said one of said plurality of methods; | i2 Six includes a user interface for providing a plurality of graphical icons representing a plurality of parameters belonging to said one of said plurality of methods.<br><br>For example, in TDM parameters belonging to the selected methods are graphically represented as text, some parameters also including a pull-down list icon. For example, "Availability" parameter for a new operation (e.g., "ABPP_Tender_Reject") includes an associated pull-down list icon.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| a user interface for selecting one of said plurality of graphical icons representing one of said plurality of parameters; | i2 Six includes a user interface for selecting one of said plurality of graphical icons representing one of said plurality of parameters.<br><br>For example, in TDM clicking on a pull-down list icon selects the parameter.  For example, "Availability" parameter for a new operation (e.g., "ABPP_Tender_Reject") can be selected by clicking on the associated pull-down list icon.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| a user interface for providing a plurality of graphical icons representing a plurality of fields belonging to said one of said plurality of parameters; | i2 Six includes a user interface for providing a plurality of graphical icons representing a plurality of fields belonging to said one of said plurality of parameters.<br><br>For example, in TDM when a pull-down list is displayed, a plurality of icons representing the fields belonging to that parameter are provided.  For example, the pull-down list of fields belonging to the Availability parameter includes textual icons for the fields "Both View and Update Modes," "Update Mode Only," and "View Mode Only."<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |

9

| | |
|---|---|
| a user interface for selecting one of said plurality of graphical icons representing one of said plurality of fields; | i2 Six includes a user interface for selecting one of said plurality of graphical icons representing one of said plurality of fields. |
| | For example, in TDM clicking on one of the icons representing the fields causes the field to be selected. For example, a user can click over the icon representing the "Both View and Update" field to select it. |
| | *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| a user interface for inputting a constant text value for said one of said plurality of graphical icons representing one of said plurality of fields; and | i2 Six includes a user interface for inputting a constant text value for said one of said plurality of graphical icons representing one of said plurality of fields. |
| | For example, in TDM after a user clicks on the selected field, the computer inputs the constant text value for the selected icon representing the field. |
| | *See, e.g.,*http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| a subsystem for saving said configuration based on said selecting of one of said plurality of graphical icons representing one of said plurality of methods belonging to said business object, said selecting of one of said plurality of graphical icons representing one of said plurality of parameters belonging to said one of said plurality of methods, and said selecting of one of said plurality of fields belonging to said one of said plurality of parameters. | i2 Six includes a subsystem for saving said configuration based on said selecting of one of said plurality of graphical icons representing one of said plurality of methods belonging to said business object, said selecting of one of said plurality of graphical icons representing one of said plurality of parameters belonging to said one of said plurality of methods, and said selecting of one of said plurality of fields belonging to said one of said plurality of parameters. |
| | For example, in TDM when the user clicks on the "Submit" button, the configuration for the operation is saved and becomes available for execution with respect to any listed "truck load." For example, when a new operation is created (e.g., "ABPP Tender Reject"), a new button for the operation is displayed in the "Load Processing" UI as a fully working function. |
| | *See, e.g.,*http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |

10

**EXHIBIT B**

Plaintiff SAP AG's Preliminary Infringement Contentions

U.S Patent No. 6,750,766

| Claim 1 | i2 Six |
|---|---|
| A method for monitoring specific areas of concern in warehouse operations comprising: | i2 Six is designed to perform a method for monitoring specific areas of concern in warehouse operations. <br><br> For example, event Management in the i2 Collaborative Supply Execution module includes a method for monitoring specific areas of concern in warehouse operations. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| storing information describing operations of a warehouse in a database; | i2 Six stores information describing operations of a warehouse in a database. <br><br> For example, i2 software is XML based and operates with different IT platforms (i.e., databases). Warehouse operations are described in data stored in a database, including data about inventory, supplier responses, etc. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| displaying information on a user interface about an alert type and a category of alert types associated with that alert type, wherein a category of alert types is one of several classes of alert types; | i2 Six displays information on a user interface about an alert type and a category of alert types associated with that alert type, wherein a category of alert types is one of several classes of alert types. <br><br> For example, i2 Six UI for Event Management (in Collaborative Supply Execution module) displays information about alert types (event types) and categories of alert types including forecast, planning, and execution categories. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| receiving a user request for information about an alert type stored in the database; | i2 Six receives a user request for information about an alert type stored in the database. <br><br> For example, Event Management users can click on a given alert type and drill |

11

| | down to seek additional information. *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
|---|---|
| retrieving the requested information from the database, in response to the request; and | i2 Six retrieves the requested information from the database, in response to the request. For example, in Event Management the information about alerts is stored in a database, therefore there must be a mechanism to retrieve the information (e.g., SQL statements). *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| updating the user interface to display the requested information. | i2 Six updates the user interface to display the requested information. For example, the Event Management UI is updated to display the requested information. *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 2** | **i2 Six** |
| The method of claim 1 wherein the category of alert types includes one of: a category based on time dependency, a category based on warehouse geography, a category based on warehouse resources, and a category based on business objects. | In i2 Six the category of alerts types includes one of: a category based on time dependency, a category based on warehouse geography, a category based on warehouse resources, and a category based on business objects. For example, Event Management in the i2 Collaborative Supply Execution module includes categories based on at least time dependency (such as "forecast analysis") and warehouse resources (such as "execution"). *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 3** | **i2 Six** |
| The method of claim 2 wherein updating the user interface to display the requested information includes at least one of viewing alert types, displaying details for an alert type, displaying an application | In i2 Six updating the user interface to display the requested information includes at least one of viewing alert types, displaying details for an alert type, displaying an application log, and displaying a priority model for a task. For example, Event Management in the i2 Collaborative Supply Execution module |

12

| | | |
|---|---|---|
| | | updates the UI by displaying information about the alert type<br><br>See, e.g., http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 4**<br><br>The method of claim 2 wherein the user request is initiated by selecting a category of alert types to reveal the alert types in that category. | **i2 Six** | In i2 Six the user request is initiated by selecting a category of alert types to reveal the alert types in that category.<br><br>For example, a user request in the i2 Event Management system can be initiated by clicking on a category tab, such as the "execution" tab, to reveal alert types in that category, such as a "max. inventory violation" alert type.<br><br>See, e.g., http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 5**<br><br>The method of claim 2 wherein the user request is initiated by selecting an alert type to reveal details about the alert type. | **i2 Six** | In i2 Six the user request is initiated by selecting an alert type to reveal details about the alert type.<br><br>For example, in Event Management a user request in the i2 system can be initiated by clicking on an alert type.<br><br>See, e.g., http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 8**<br><br>The method of claim 1 further comprising:<br><br>configuring an upper control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and | **i2 Six** | i2 Six configures an upper control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and a non-executable task.<br><br>For example, the i2 Event Management includes the configuration of a lower control level for an alert type, such as a minimum buffer for a "Max. Inventory Violation" |

13

| | i2 Six |
|---|---|
| a non-executable task; and | alert type, wherein the alert type comprises an unconfirmed task whose due date is approaching, such as the lack of a "supplier response" for supply of a forecasted amount of inventory approaching a "first impact date." <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| providing an alert on the user interface when a value of an object for which an alert has been configured has been exceeded. | i2 Six provides an alert on the user interface when a value of an object for which an alert has been configured has been exceeded. <br><br> For example, the i2 Event Management provides an alert in the UI, such as a red icon, when the mismatch value for the inventory forecast and the supplier response exceeds the maximum buffer value. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 10** | **i2 Six** |
| The method of claim 1 further comprising: | |
| configuring a lower control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and | i2 Six configures a lower control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource. <br><br> For example, the i2 Event Management includes the configuration of a lower control level for an alert type, such as a minimum buffer for a "Min. Inventory Violation" alert type, wherein the alert type comprises an unconfirmed task whose due date is approaching, such as the lack of a "supplier response" for supply of a forecasted amount of inventory approaching a "first impact date." <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| providing an alert on the user interface when a value of an object for which an alert has been configured falls below the lower control level. | i2 Six provides an alert on the user interface when a value of an object for which an alert has been configured falls below the lower control level. <br><br> For example, the i2 Event Management provides an alert in the UI, such as a red icon, when the mismatch value for the inventory forecast and the supplier response |

14

| Claim 22 | i2 Six |
|---|---|
| | falls below the minimum buffer value. |
| | *See, e.g.*, http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| A system for monitoring specific areas of concern in warehouse operations comprising: a device for monitoring specific areas of concern in warehouse operations comprising: | i2 Six is a system for monitoring specific areas of concern in warehouse operations comprising: a device for monitoring specific areas of concern in warehouse operations. |
| | For example, Event Management in the i2 Collaborative Supply Execution module monitors specific areas of concern in warehouse operations and runs on a computer system. |
| | *See, e.g.*, http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| a processor; | i2 Six includes a processor. |
| | For example, a computer system running Event Management includes a processor. |
| | *See, e.g.*, http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| a storage means for storing a database; | i2 Six includes a storage means for storing a database. |
| | For example, Event Management accesses information about alerts types, which are stored in a database. |
| | *See, e.g.*, http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| and a memory coupled to the processor to store instructions that, when applied to the processor, cause the processor to: | i2 Six includes a memory coupled to the processor to store instructions. |
| | For example, a computer system running Event Management includes a memory with instructions. |
| | *See, e.g.*, http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| store information describing operations of a warehouse in a database; | In i2 Six when instructions are applies to the processor, the instructions cause the processor to store information describing operations of a warehouse in a database. |
| | For example, i2 software is XML based and operates with different IT platforms (i.e., databases). Warehouse operations are described in data stored in a database, |

15

| | |
|---|---|
| display information on a user interface about an alert type and a category of alert types associated with that alert type, wherein a category of alert types is one of several classes of alert types; | including data about inventory, supplier responses, etc. |
| | *See, e.g.*, http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| | In i2 Six when instructions are applies to the processor, the instructions cause the processor to display information on a user interface about an alert type and a category of alert types associated with that alert type, wherein a category of alert types is one of several classes of alert types. |
| | For example, i2 Six UI for Event Management (in Collaborative Supply Execution module) displays information about alert types (event types) and categories of alert types including forecast, planning, and execution categories. |
| | *See, e.g.*, http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| receive a user request for information about an alert type stored in the database; | In i2 Six when instructions are applies to the processor, the instructions cause the processor to receive a user request for information about an alert type stored in the database. |
| | For example, Event Management users can click on a given alert type and drill down to seek additional information. |
| | *See, e.g.*, http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| retrieve the requested information from the database, in response to the request; and | In i2 Six when instructions are applies to the processor, the instructions cause the processor to retrieve the requested information from the database, in response to the request. |
| | For example, in Event Management the information about alerts is stored in a database, therefore there must be a mechanism to retrieve the information (e.g., SQL statements). |
| | *See, e.g.*, http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| update the user interface to display the requested information. | In i2 Six when instructions are applies to the processor, the instructions cause the processor to update the user interface to display the requested information. |
| | For example, the Event Management UI is updated to display the requested information. |

16

| Claim 25 | i2 Six |
|---|---|
| | *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| The system of claim 22 wherein the memory further includes instructions to cause the processor to cause the processor to: | |
| configure an upper control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and a non-executable task; and | In i2 Six the memory further includes instructions to cause the processor to configure an upper control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and a non-executable task. |
| | For example, the i2 Event Management includes the configuration of a lower control level for an alert type, such as a minimum buffer for a "Max. Inventory Violation" alert type, wherein the alert type comprises an unconfirmed task whose due date is approaching, such as the lack of a "supplier response" for supply of a forecasted amount of inventory approaching a "first impact date." |
| | *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| provide an alert on the user interface when a value of an object for which an alert has been configured has been exceeded. | In i2 Six the memory further includes instructions to cause the processor to provide an alert on the user interface when a value of an object for which an alert has been configured has been exceeded. |
| | For example, the i2 Event Management provides an alert in the UI, such as a red icon, when the mismatch value for the inventory forecast and the supplier response exceeds the maximum buffer value. |
| | *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| Claim 27 | i2 Six |

17

| | |
|---|---|
| The system of claim 22 wherein the memory further includes instructions to cause the processor to cause the processor to: | |
| configure a lower control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and a non-executable task; and | In i2 Six the memory further includes instructions to cause the processor to configure a lower control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and a non-executable task.

For example, the i2 Event Management includes the configuration of a lower control level for an alert type, such as a minimum buffer for a "Min. Inventory Violation" alert type, wherein the alert type comprises an unconfirmed task whose due date is approaching, such as the lack of a "supplier response" for supply of a forecasted amount of inventory approaching a "first impact date."

*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 30** | **i2 Six** |
| provide an alert on the user interface when a value of an object for which an alert has been configured falls below the lower control level. | In i2 Six the memory further includes instructions to cause the processor to provide an alert on the user interface when a value of an object for which an alert has been configured falls below the lower control level.

For example, the i2 Event Management provides an alert in the UI, such as a red icon, when the mismatch value for the inventory forecast and the supplier response falls below the minimum buffer value.

*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| An article comprising a computer-readable medium that stores executable instructions for causing a computer system to: | i2 Six includes an article comprising a computer-readable medium that stores executable instructions.

For example, Event Management in the i2 Collaborative Supply Execution module can be stored on an article comprising a computer-readable medium that stores instructions to be executed by a computer system. |

18

| | |
|---|---|
| store information describing operations of a warehouse in a database; | *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm <br><br> In i2 Six the instructions cause the computer system to store information describing operations of a warehouse in a database. <br><br> For example, i2 software is XML based and operates with different IT platforms (i.e., databases). Warehouse operations are described in data stored in a database, including data about inventory, supplier responses, etc. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| display information on a user interface about an alert type and a category of alert types associated with that alert type, wherein a category of alert types is one of several classes of alert types; | In i2 Six the instructions cause the computer system to display information on a user interface about an alert type and a category of alert types associated with that alert type, wherein a category of alert types is one of several classes of alert types. <br><br> For example, i2 Six UI for Event Management (in Collaborative Supply Execution module) displays information about alert types (event types) and categories of alert types including forecast, planning, and execution categories. <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| receive a user request for information about an alert type stored in the database; | In i2 Six the instructions cause the computer system to receive a user request for information about an alert type stored in the database. <br><br> For example, in Event Management the information about alerts is stored in a database, therefore there must be a mechanism to retrieve the information (e.g., SQL statements). <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| retrieve the requested information from the database, in response to the request; and | In i2 Six the instructions cause the computer system to retrieve the requested information from the database, in response to the request. <br><br> For example, in Event Management the information about alerts is stored in a database, therefore there must be a mechanism to retrieve the information (e.g., SQL statements). <br><br> *See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |

| | i2 Six |
|---|---|
| update the user interface to display the requested information. | In i2 Six the instructions cause the computer system to update the user interface to display the requested information.<br><br>For example, Event Management UI is updated to display the requested information.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 33** | |
| The article of claim 30 further comprising instructions to cause the computer system to: | |
| configure an upper control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and a non-executable task; | In i2 Six the instructions cause the computer system to configure an upper control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and a non-executable task.<br><br>For example, the i2 Event Management includes the configuration of a lower control level for an alert type, such as a minimum buffer for a "Max. Inventory Violation" alert type, wherein the alert type comprises an unconfirmed task whose due date is approaching, such as the lack of a "supplier response" for supply of a forecasted amount of inventory approaching a "first impact date."<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| **Claim 36** | **i2 Six** |
| and provide an alert on the user interface when a value of an object for which an alert has been configured has been exceeded. | In i2 Six the instructions cause the computer system to provide an alert on the user interface when a value of an object for which an alert has been configured has been exceeded.<br><br>For example, the i2 Event Management provides an alert in the UI, such as a red icon, when the mismatch value for the inventory forecast and the supplier response exceeds the maximum buffer value.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |

20

| The article of claim 30 further comprising instructions to cause the computer system to: | |
|---|---|
| configure a lower control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and a non-executable task; | In i2 Six the instructions cause the computer system to configure a lower control level for an alert type, wherein an alert type comprises one of an unconfirmed task whose due date is approaching, a working area workload, a resource workload, the ratio of the number of tasks per suitably qualified resource, and a non-executable task.<br><br>For example, the i2 Event Management includes the configuration of a lower control level for an alert type, such as a minimum buffer for a "Min. Inventory Violation" alert type, wherein the alert type comprises an unconfirmed task whose due date is approaching, such as the lack of a "supplier response" for supply of a forecasted amount of inventory approaching a "first impact date."<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |
| and provide an alert on the user interface when a value of an object for which an alert has been configured falls below the lower control level. | In i2 Six the instructions cause the computer system to provide an alert on the user interface when a value of an object for which an alert has been configured falls below the lower control level.<br><br>For example, the i2 Event Management provides an alert in the UI, such as a red icon, when the mismatch value for the inventory forecast and the supplier response falls below the minimum buffer value.<br><br>*See, e.g.,* http://www.i2.com/MSites/FlashDemo/CSE_Flashkit/BrowserPlayer.cfm |

21

**PROOF OF SERVICE**

I, Saina S. Shamilov, declare as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041.

On **January 11, 2008**, I served a copy of the following document(s): **PLAINTIFF SAP AG'S PRELIMINARY INFRINGEMENT CONTENTIONS [PATENT L.R. 3-1]** on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Jason Kiyoshi Sonoda, Esq.
Paul Hastings Janofsky & Walker LLP
55 Second Street
San Francisco, CA 94105
Telephone: (415) 856-7085
Facsimile:   (415) 856-7185
Email: jasonsonoda@paulhastings.com

Scott W. Hejny, Esq.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4241
Facsimile:   (214) 978-4044
Email: shejny@mckoolsmith.comS

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☐ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

☐ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: January 11, 2008

_____
Saina S. Shamilov

24320/00402/LIT/1278673.1

PROOF OF SERVICE

CASE NO. C 07-04187 SBA

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW