RECEIVED

APR - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

SAP Aktingesellschaft

Plaintiff(s),

v.

i2 Technologies, Inc.

Defendant(s).

CASE NO. 4:07CV04187-SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Christopher Bovenkamp, an active member in good standing of the bar of Texas whose business address and telephone number (particular court to which applicant is admitted) is

McKool Smith P.C
300 Crescent Court; Suite 1500
Dallas, Texas 75201 Tel: (214)978-4245

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing i2 Technologies

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _/  /2008

_____
United States District    Judge