**FILED**

APR 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAP Aktingesellschaft          ) | 07-04187 SBA |
|                Plaintiff,       ) | |
|                                  ) | **ORDER** |
| vs.                              ) | |
| i2 Technologies, Inc.,           ) | |
|                Defendant.       ) | |

Having applied in the above-caption action for admission to practice in the Northern District of California on a *pro hac vice* basis, pursuant to Civil L.R. 11-3, IT IS HEREBY ORDERED THAT Andrew W. Spangler's application is GRANTED subject to the terms and conditions of Civil L.R. 11-3.

IT IS SO ORDERED.

Dated: 4-2-08

SAUNDRA BROWN ARMSTRONG
United States District Judge