1  DAVID L. HAYES (CSB No. 122894)
    (dhayes@fenwick.com)
2  MICHAEL J. SACKSTEDER (CSB No. 191605)
    (msacksteder@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street
4  12th Floor
   San Francisco, CA 94104
5  Telephone:   (415) 875-2300
   Facsimile:    (415) 281-1350

6

7  SAINA S. SHAMILOV (CSB No. 216636)
    (sshamilov@fenwick.com)
   HECTOR J. RIBERA (CSB No. 221511)
8   (hribera@fenwick.com)
   TODD R. GREGORIAN (CSB NO. 236096)
9   (tgregorian@fenwick.com)
   LESLIE A. KRAMER (CSB NO. 253313)
10  (lkramer@fenwick.com)
   FENWICK & WEST LLP
11 Silicon Valley Center, 801 California Street
   Mountain View, CA  94041
12 Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200

13

   Attorneys for Plaintiff
14 SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>            Defendant. | Case No.  4:07-cv-04187 SBA<br><br>**MANUAL FILING NOTICE:  EXHIBIT A TO PLAINTIFF SAP AG'S SUPLEMENTAL PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>Judge:  Hon. Saundra B. Armstrong |

Regarding:  <u>**EXHIBIT A** TO PLAINTIFF SAP AG'S SUPLEMENTAL PRELIMINARY INFRINGEMENT CONTENTIONS</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

1  If you are a participant on this case, this filing will be served in hard-copy shortly.

2  For information on retrieving this filing directly from the court, please see the court's main

3  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

4  This filing was not efiled for the following reason(s):

5  __ Voluminous Document (PDF file size larger than efiling system allowances)

6  __ Unable to Scan Documents

7  __ Physical Object (description): _____

8  __ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

9  **X** Item Under Seal

10 __ Conformance with the Judicial Conference Privacy Policy (General Order 53).

11 __ Other (description):_____

13 Dated: April 23, 2008                FENWICK & WEST LLP

14                                      By:       /s/Todd R. Gregorian
                                                  Todd R. Gregorian

16                                      Attorneys for Plaintiff SAP Aktiengesellschaft

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MANUAL FILING NOTICE: EX. A TO PLTF.
SAP'S SUPP. PRELIM. INFRINGEMENT            2            CASE NO. 4:07-CV-04187 SBA
CONTENTIONS