DAVID L. HAYES (CSB No. 122894)
  (dhayes@fenwick.com)
MICHAEL J. SACKSTEDER (CSB No. 191605)
  (msacksteder@fenwick.com)
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

SAINA S. SHAMILOV (CSB No. 216636)
  (sshamilov@fenwick.com)
HECTOR J. RIBERA (CSB No. 221511)
  (hribera@fenwick.com)
TODD R. GREGORIAN (CSB NO. 236096)
  (tgregorian@fenwick.com)
LESLIE A. KRAMER (CSB NO. 253313)
  (lkramer@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>              Defendant. | Case No.  4:07-cv-04187 SBA<br><br>**PLAINTIFF SAP AG'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:    Hon. Saundra B. Armstrong |

Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), Plaintiff SAP Aktiengesellschaft ("SAP") hereby moves to file under seal the following documents or portions of documents, as indicated below:

1.      Exhibit A to Plaintiff SAP AG's Supplemental Preliminary Infringement

FENWICK & WEST LLP
ATTORNEYS  AT LAW
MOUNTAIN  VIEW

1    Contentions.

2         This exhibit contains excerpts from, and describes in detail, a document that Defendant i2

3    Technologies has produced and designated "Confidential – Attorneys' Eyes Only" pursuant to the

4    Protective Order in this case.  SAP expects that counsel for i2 Technologies will file a declaration

5    establishing that the designated information is sealable, as required by Local Rule 79-5(d).

6         Consequently, SAP respectfully requests that the Court allow it to file this document

7    under seal.

8

9    Dated: April 23, 2008                    FENWICK & WEST LLP

10                                            By:_____/s/Todd R. Gregorian_____

11                                                     Todd R. Gregorian

12                                            Attorneys for Plaintiff SAP Aktiengesellschaft

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

PLAINTIFF SAP's MISC. ADMIN. REQ. TO
FILE DOCUMENTS UNDER SEAL                    2          CASE NO.  4:07-CV-04187 SBA