1   DAVID L. HAYES (CSB No. 122894)
      (dhayes@fenwick.com)
2   MICHAEL J. SACKSTEDER (CSB No. 191605)
      (msacksteder@fenwick.com)
3   FENWICK & WEST LLP
    555 California Street
4   12th Floor
    San Francisco, CA 94104
5   Telephone:    (415) 875-2300
    Facsimile:    (415) 281-1350
6
    SAINA S. SHAMILOV (CSB No. 216636)
7     (sshamilov@fenwick.com)
    HECTOR J. RIBERA (CSB No. 221511)
8     (hribera@fenwick.com)
    TODD R. GREGORIAN (CSB NO. 236096)
9     (tgregorian@fenwick.com)
    LESLIE A. KRAMER (CSB NO. 253313)
10    (lkramer@fenwick.com)
    FENWICK & WEST LLP
11  Silicon Valley Center, 801 California Street
    Mountain View, CA  94041
12  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
13
    Attorneys for Plaintiff
14  SAP AKTIENGESELLSCHAFT

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    OAKLAND DIVISION

18
    SAP AKTIENGESELLSCHAFT, a          Case No.  4:07-cv-04187 SBA
19  German corporation,
                                       **DECLARATION OF TODD R.**
20              Plaintiff,             **GREGORIAN IN SUPPORT OF**
                                       **PLAINTIFF SAP AG'S MISCELLANEOUS**
21         v.                          **ADMINISTRATIVE REQUEST TO FILE**
                                       **DOCUMENTS UNDER SEAL**
    i2 TECHNOLOGIES, INC., a Delaware
22  corporation,

                Defendant.
23

24        I, Todd R. Gregorian, declare as follows:

25        1.      I am an attorney at Fenwick & West, counsel of record for SAP Aktiengesellschaft

26  ("SAP").  I am admitted to practice before this Court.  The statements in this declaration are true

27  and correct.  If called as a witness, I could and would testify thereto under oath.

28        2.      Exhibits A is sealable because it contains detailed description and excerpts of a

Fenwick & West LLP
Attorneys At Law
Mountain View

1    document designated as "Confidential – Attorneys' Eyes Only" by i2 Technologies pursuant to

2    the Protective Order governing this action.

3          I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.  Executed this 23rd day of April, 2008 at San Francisco, California.

5

6                                                    /s/Todd R. Gregorian

7                                                    Todd R. Gregorian

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS  AT LAW
MOUNTAIN  VIEW