FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  DAVID L. HAYES (CSB No. 122894)
    (dhayes@fenwick.com)
2  MICHAEL J. SACKSTEDER (CSB No. 191605)
    (msacksteder@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street
4  12th Floor
   San Francisco, CA 94104
5  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350
6
   SAINA S. SHAMILOV (CSB No. 216636)
7    (sshamilov@fenwick.com)
   HECTOR J. RIBERA (CSB No. 221511)
8    (hribera@fenwick.com)
   TODD R. GREGORIAN (CSB NO. 236096)
9    (tgregorian@fenwick.com)
   LESLIE A. KRAMER (CSB NO. 253313)
10   (lkramer@fenwick.com)
   FENWICK & WEST LLP
11 Silicon Valley Center, 801 California Street
   Mountain View, CA  94041
12 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
13
   Attorneys for Plaintiff
14 SAP AKTIENGESELLSCHAFT

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18

19 SAP AKTIENGESELLSCHAFT, a          Case No.  4:07-cv-04187 SBA
   German corporation,
20                                    **[PROPOSED] ORDER GRANTING
           Plaintiff,                 PLAINTIFF SAP AG'S MISCELLANEOUS
21                                    ADMINISTRATIVE REQUEST TO FILE
      v.                              DOCUMENTS UNDER SEAL**
22 i2 TECHNOLOGIES, INC., a Delaware
   corporation,
23
           Defendant.
24 ///

25 ///

26 ///

27 ///

28

[PROPOSED] ORDER GRANTING SAP'S
MISC. ADMIN. REQ. TO FILE                                    CASE NO.  4:07-CV-04187 SBA
DOCUMENTS UNDER SEAL

1   This Court, having considered Plaintiff SAP Aktiengesellschaft's Motion for
2   Administrative Relief to File Documents Under Seal, and based on the concurrence of Defendant
3   i2 Technologies and good cause appearing therefor, HEREBY ORDERS the following
4   documents to be filed under seal:
5       1.   Exhibit A to Plaintiff SAP AG's Supplemental Preliminary Infringement
6   Contentions.
7       IT IS SO ORDERED.

_____
Hon. Saundra B. Armstrong
United States District Court
Northern District Of California

Fenwick & West LLP
Attorneys At Law
Mountain View

[PROPOSED] ORDER GRANTING SAP'S
MISC. ADMIN. REQ. TO FILE
DOCUMENTS UNDER SEAL    2    CASE NO. 4:07-CV-04187 SBA