1  DAVID L. HAYES (CSB No. 122894)
     (dhayes@fenwick.com)
2  MICHAEL J. SACKSTEDER (CSB No. 191605)
     (msacksteder@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street
4  12th Floor
   San Francisco, CA 94104
5  Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
6
   SAINA S. SHAMILOV (CSB No. 216636)
7    (sshamilov@fenwick.com)
   HECTOR J. RIBERA (CSB No. 221511)
8    (hribera@fenwick.com)
   TODD R. GREGORIAN (CSB NO. 236096)
9    (tgregorian@fenwick.com)
   LESLIE A. KRAMER (CSB NO. 253313)
10   (lkramer@fenwick.com)
   FENWICK & WEST LLP
11 Silicon Valley Center, 801 California Street
   Mountain View, CA  94041
12 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
13
   Attorneys for Plaintiff
14 SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Defendant. | Case No.  4:07-cv-04187 SBA<br><br>**PLAINTIFF SAP AG'S MOTION FOR ADMINISTRATIVE RELIEF TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge:  Hon. Saundra B. Armstrong |

Pursuant to Civil Local Rule 7-11, plaintiff SAP Aktiengesellschaft hereby moves for administrative relief to have incorrectly filed documents removed from the public docket.

On April 23, 2008, Plaintiff electronically filed its Supplemental Preliminary Infringement Contentions, pursuant to instructions in the Court's April 8, 2008 Order. In connection with the filing, Plaintiff filed an Exhibit to Exhibit A largely consists of excerpts from and descriptions of

1  a document designated confidential by Defendant i2 Technologies, and was inadvertently filed
2  electronically.
3      Upon this discovery of the inadvertent electronic filing of the confidential information,
4  Plaintiffs re-filed its Supplemental Preliminary Infringement Contentions and Exhibit A, pursuant
5  to Civil Local Rules 7-11 and 79-5, and General Order No. 45.  (*See* Docket Entry # 75 & 76.)
6  Accordingly, Plaintiff respectfully requests that the Court enter an order in the form submitted
7  with this Motion removing the originally filed Supplemental Preliminary Infringement
8  Contentions and accompanying exhibits (Docket Entry # 74), which contains the confidential
9  Exhibit A, from the public docket.

Dated:  April 23, 2008

FENWICK & WEST LLP

By:  /s/Todd R. Gregorian
       Todd R. Gregorian

Attorneys for Plaintiff SAP Aktiengesellschaft