| | |
|---|---|
| 1 | DAVID L. HAYES (CSB No. 122894) |
|   |   (dhayes@fenwick.com) |
| 2 | MICHAEL J. SACKSTEDER (CSB No. 191605) |
|   |   (msacksteder@fenwick.com) |
| 3 | FENWICK & WEST LLP |
|   | 555 California Street |
| 4 | 12th Floor |
|   | San Francisco, CA 94104 |
| 5 | Telephone:    (415) 875-2300 |
|   | Facsimile:    (415) 281-1350 |
| 6 | |
|   | SAINA S. SHAMILOV (CSB No. 216636) |
| 7 |   (sshamilov@fenwick.com) |
|   | HECTOR J. RIBERA (CSB No. 221511) |
| 8 |   (hribera@fenwick.com) |
|   | TODD R. GREGORIAN (CSB NO. 236096) |
| 9 |   (tgregorian@fenwick.com) |
|   | LESLIE A. KRAMER (CSB NO. 253313) |
| 10 |   (lkramer@fenwick.com) |
|   | FENWICK & WEST LLP |
| 11 | Silicon Valley Center, 801 California Street |
|   | Mountain View, CA  94041 |
| 12 | Telephone:    (650) 988-8500 |
|   | Facsimile:    (650) 938-5200 |
| 13 | |
|   | Attorneys for Plaintiff |
| 14 | SAP AKTIENGESELLSCHAFT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation, | Case No.  4:07-cv-04187 SBA |
| Plaintiff, | **DECLARATION OF TODD R. GREGORIAN IN SUPPORT OF PLAINTIFF SAP AG'S MOTION FOR ADMINISTRATIVE RELIEF TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| v. | |
| i2 TECHNOLOGIES, INC., a Delaware corporation, | |
| Defendant. | |

I, Todd R. Gregorian, declare as follows:

1. I am an attorney at Fenwick & West, counsel of record for SAP Aktiengesellschaft ("SAP"). I am admitted to practice before this Court. The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

2. On April 23, 2008, Plaintiff electronically filed its Supplemental Preliminary

1  Infringement Contentions, pursuant to instructions in the Court's April 8, 2008 Order.

2      3.    In connection with the filing, Plaintiff filed an Exhibit to Exhibit A largely consists

3  of excerpts from and descriptions of a document designated confidential by Defendant i2

4  Technologies, and was inadvertently filed electronically.

5      4.    Upon the discovery of the inadvertent electronic filing of the confidential

6  information, Plaintiff correctly re-filed its Supplemental Preliminary Infringement Contentions

7  and Exhibit A, pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 45.

8      I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct. Executed this 23rd day of April, 2008 at San Francisco, California.

                                                                     **/s/Todd R. Gregorian**
                                                                       Todd R. Gregorian

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW