1   DAVID L. HAYES (CSB No. 122894)
      (dhayes@fenwick.com)
2   MICHAEL J. SACKSTEDER (CSB No. 191605)
      (msacksteder@fenwick.com)
3   FENWICK & WEST LLP
    555 California Street
4   12th Floor
    San Francisco, CA 94104
5   Telephone:    (415) 875-2300
    Facsimile:    (415) 281-1350
6
    SAINA S. SHAMILOV (CSB No. 216636)
7     (sshamilov@fenwick.com)
    HECTOR J. RIBERA (CSB No. 221511)
8     (hribera@fenwick.com)
    TODD R. GREGORIAN (CSB NO. 236096)
9     (tgregorian@fenwick.com)
    LESLIE A. KRAMER (CSB NO. 253313)
10    (lkramer@fenwick.com)
    FENWICK & WEST LLP
11  Silicon Valley Center, 801 California Street
    Mountain View, CA  94041
12  Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
13
    Attorneys for Plaintiff
14  SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>           Defendant. | Case No.  4:07-cv-04187 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SAP AG'S MOTION FOR ADMINISTRATIVE RELIEF TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge:  Hon. Saundra B. Armstrong |

///

///

///

///

[PROPOSED] ORDER GRANTING SAP's
MOTION TO REMOVE INCORRECTLY                                     CASE NO.  4:07-CV-04187 SBA
FILED DOCUMENTS

1  This Court, having reviewed Plaintiff SAP Aktiengesellschaft's Motion for
2  Administrative Relief to Remove Incorrectly Filed Documents, and good cause appearing
3  therefor, HEREBY ORDERS as follows:
4  Plaintiff SAP's Supplemental Preliminary Infringement Contentions and all attachments
5  (Docket Entry # 74), including Exhibit A, shall be permanently removed from the docket.
6  IT IS SO ORDERED.

Hon. Saundra B. Armstrong
United States District Court
Northern District Of California

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING SAP'S
MOTION TO REMOVE INCORRECTLY      2      CASE NO. 4:07-CV-04187 SBA
FILED DOCUMENTS