PAUL, HASTINGS, JANOFSKY & WALKER LLP
NED N. ISOKAWA (SB# 66287)
nedisokawa@paulhastings.com
JASON K. SONODA (SB# 248105)
jasonsonoda@paulhasting.com
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

MCKOOL SMITH, P.C.
THEODORE STEVENSON, III (P*ro Hac Vice*)
tstevenson@mckoolsmith.com
SCOTT W. HEJNY (P*ro Hac Vice*)
shejny@mckooksmith.com
LUKE F. MCLEROY (P*ro Hac Vice*)
lmcleroy@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
www.mckoolsmith.com
Attorneys for Defendant
i2 Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>  Defendant. | CASE NO. 4:07-cv-04187-SBA<br><br>**DEFENDANT i2'S ANSWER AND COUNTERCLAIMS TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant i2 Technologies, Inc. ("i2") hereby answers SAP Aktiengesellschaft's ("Plaintiff's") Second Amended Complaint for Patent Infringement ("Complaint") as follows:

### NATURE OF THE ACTION

1. i2 admits that the present case is an action for patent infringement of U.S. Patent Nos. 6,407,761 ("the '761 patent"), 6,750,766 ("the '766 patent"), and 7,222,369 ("the '369 patent") (collectively, the "Patents in Suit"). i2 denies that remaining allegations in Paragraph 1 of the Complaint.

### PARTIES

2. i2 lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Complaint and, therefore, denies the same.

3. i2 admits that it is a Delaware Corporation with a place of business at 11701 Luna Road, Dallas, Texas 75234. i2 also admits that it has an office at 1250 Oakmead Parkway, Suite 210, Sunnyvale, California 94085.

### SUBJECT MATTER JURISDICTION

4. i2 admits that this Court has subject matter jurisdiction over this dispute. i2 denies the remaining allegations contained in Paragraph 4 of the Complaint.

### VENUE

5. i2 admits that venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400. i2 denies that venue is convenient for the parties and witnesses or in the interest of justice and reserves its right to challenge venue under 28 U.S.C. § 1404.

### FIRST CLAIM FOR RELIEF
### (Infringement of the '761 Patent)

6. i2 incorporates by reference its responses to Paragraphs 1-5 above.

7. i2 admits that the '761 patent is entitled "System and Method for the Visual Customization of Business Object Interfaces" and issued on June 18, 2002, but denies that the '761 patent was duly and legally issued. i2 lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7 of the Complaint and, therefore, denies the same.

8. i2 denies the allegations contained in Paragraph 8 of the Complaint.

9. i2 denies the allegations contained in Paragraph 9 of the Complaint.

## SECOND CLAIM FOR RELIEF

## (Infringement of the '766 Patent)

10. i2 incorporates by reference its responses to Paragraphs 1-5 above.

11. i2 admits that the '766 patent is entitled "Alerts Monitor" and issued on June 15, 2004, but denies that the '766 patent was duly and legally issued. i2 lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11 of the Complaint and, therefore, denies the same.

12. i2 denies the allegations contained in Paragraph 12 of the Complaint.

13. i2 denies the allegations contained in Paragraph 13 of the Complaint.

## THIRD CLAIM FOR RELIEF

## (Infringement of the ''369 Patent)

14. i2 incorporates by reference its responses to Paragraphs 1-5 above.

15. i2 admits that the ''369 patent is entitled "Role-based portal to a workplace system" and issued on May 22, 2007, but denies that the '369 patent was duly and legally issued. i2 lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 15 of the Complaint and, therefore, denies the same.

16. i2 denies the allegations contained in Paragraph 16 of the Complaint.

17. i2 denies the allegations contained in Paragraph 17 of the Complaint.

## PRAYER FOR RELIEF

18. i2 denies that Plaintiff is entitled to any form of relief, including that sought in Plaintiff's prayer for relief.

## FIRST AFFIRMATIVE DEFENSE

19. i2 does not infringe and has not infringed any of the Patents in Suit.

## SECOND AFFIRMATIVE DEFENSE

20. The claims of the Patents in Suit are invalid and unenforceable for failing to satisfy one or more conditions of patentability set forth in Part II of Title 35 of the United States Code, including but not limited to Sections 101, 102, 103, and/or 112.

## THIRD AFFIRMATIVE DEFENSE

21. Plaintiff is estopped from construing any valid claim of the Patents in Suit to cover or include, either literally or by application of the doctrine of equivalents, any product, method or system manufactured, used, imported, sold, or offered for sale by i2 because of admissions and statements made to the United States Patent and Trademark Office ("USPTO") or because of amendments made to the claims of the Patents in Suit or related patents during the prosecution of the applications leading to the issuance of the Patents in Suit or related patents.

## FOURTH AFFIRMATIVE DEFENSE

22. Plaintiff is estopped by reason of prosecution history estoppel from asserting infringement of the Patents in Suit by application of the doctrine of equivalents.

## FIFTH AFFIRMATIVE DEFENSE

23. Plaintiff is not entitled to injunctive relief because any alleged injury to the Plaintiff is not immediate or irreparable, and Plaintiff has an adequate remedy at law.

## COUNTERCLAIMS

For its Counterclaims against SAP Aktiengesellschaft ("Counterclaim-Defendant"), Counterclaim-Plaintiff i2 alleges as follows:

## JURISDICTION

1. This is an action for Declaratory Relief for which this Court has jurisdiction under 28 U.S.C. §§ 1331, 1338, 1367(a), and 2201.

2. This Court has personal jurisdiction over Counterclaim-Defendant. Counterclaim-Defendant has consented to the personal jurisdiction of this Court by bringing this action.

## VENUE

3. Venue for i2's Counterclaims is proper in this judicial district pursuant to 28 U.S.C. § 1391. Counterclaim-Defendant has also consented to venue in this Court by bringing

this action.

**PARTIES**

4. i2 Technologies, Inc. ("i2") is a Delaware Corporation with a place of business at 11701 Luna Road, Dallas, Texas 75234. i2 also has an office at 1250 Oakmead Parkway, Suite 210, Sunnyvale, California 94085.

5. Upon information and belief, Counterclaim-Defendant SAP Aktiengesellschaft is a German corporation with its headquarters at Dietmar-Hopp-Allee 16, 69190, Walldorf, Germany. Upon information and belief, SAP is that parent company of SAP America, Inc., which in turn is the parent of SAP Labs, LLC, a subsidiary headquartered at 3475 Deer Creek Road, Palo Alto, California.

6. By its Complaint, Counterclaim-Defendant purports to be the owner of United States Patent Nos. 6,407,761 ("the '761 patent"), 6,750,766 ("the '766 patent"), and 7,222,369 ("the '369 patent") (collectively, "the Patents in Suit"), and to assert claims against i2 for infringement of the Patents in Suit.

**BACKGROUND**

7. Counterclaim-Defendant sued i2 for alleged infringement of the '761 patent and the '766 patents in this Court on August 15, 2007. Counter-Defendants sued i2 for alleged infringement of the '369 patent in this Court on April 15, 2008.

8. i2 has denied Counterclaim-Defendant's claims of infringement and contends that the Patents in Suit are invalid and unenforceable under Title 35 of the United States Code.

9. An actual controversy has arisen and now exists between i2 and Counterclaim-Defendant as to the non-infringement, invalidity, and unenforceability of the Patents in Suit.

**COUNT I - DECLARATION OF NON-INFRINGEMENT**

10. Counterclaim-Defendant in this action has asserted that i2 is infringing the Patents in Suit by manufacturing, using, importing, marketing, selling, reselling, offering for sale, and/or inducing others to use products falling within the scope of the claims of one or more of the Patents in Suit.

11. No product made, used, imported, marketed, sold, resold, and/or offered for sale by i2 infringes any claim of the Patents in Suit.

12. i2 seeks a declaration that it has not infringed and does not infringe the Patents in Suit, either literally or under the doctrine of equivalents.

### COUNT II - DECLARATION OF PATENT INVALIDITY

13. The claims of the Patents in Suit are invalid for failure to satisfy the provisions of Title 35 of the United States Code, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

14. i2 seeks a declaration that the Patents in Suit are invalid and/or unenforceable.

### PRAYER FOR RELIEF

WHEREFORE, having fully answered and counterclaimed, i2 prays for judgment as follows:

A. That this Court enter judgment in favor of i2 on Plaintiff's claims against i2 and order that Plaintiff take nothing from i2;

B. That this Court find and declare that i2 has not infringed any claim of the Patents in Suit;

C. That this Court find and declare that the Patents in Suit are invalid and/or unenforceable;

D. That this Court award i2 all of its costs of this action;

E. That this Court find that this is an exceptional case and award i2 its attorneys' fees pursuant to 35 U.S.C. § 285 or otherwise; and

1      F.    That this Court grant i2 such other and further relief as the Court shall deem just and proper.

Dated: May 5, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Jason K. Sonoda_____
         Jason K. Sonoda

Attorneys for Defendant
12 Technologies, Inc.

MCKOOL SMITH, P.C.
Theodore Stevenson, III , III (P*ro Hac Vice*)
tstevenson@mckoolsmith.com
Scott W. Hejny (P*ro Hac Vice*)
shejny@mckooksmith.com
Luke F. McLeroy ( P*ro Hac Vice*)
lmcleroy@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile:  (214) 978-4044

Attorneys for Defendant
12 Technologies, Inc.

## DEMAND FOR JURY TRIAL

Counterclaim-Plaintiff i2 requests a trial by jury on all issues so triable.

Dated: May 5, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Jason K. Sonoda_____
          Jason K. Sonoda

Attorneys for Defendant
I2 Technologies, Inc.

MCKOOL SMITH, P.C.
Theodore Stevenson, III , III (P*ro Hac Vice*)
tstevenson@mckoolsmith.com
Scott W. Hejny (P*ro Hac Vice*)
shejny@mckooksmith.com
Luke F. McLeroy ( P*ro Hac Vice*)
lmcleroy@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Defendant
I2 Technologies, Inc.

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On May 5, 2008, I served a true and correct copy of:

**DEFENDANT i2'S ANSWER AND COUNTERCLAIMS TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

    X    **VIA ELECTRONIC MAIL:**

Pursuant to the operation of the U.S. District Court for the Northern District of California E-Filing system, all parties above have been served via e-mail; per Local Rule 5-4 and General Order 45.

as follows:

| | |
|---|---|
| Michael J. Sacksteder<br>Fenwick & West LLP<br>555 California Street, Suite 1200<br>San Francisco, CA 94104 | Hector J. Ribera<br>Fenwick & West LLP<br>Silicon Valley Street<br>801 California Street<br>Mountain View, CA 94041 |
| David L. Hayes<br>Fenwick & West LLP<br>Silicon Valley Street<br>801 California Street<br>Mountain View, CA 94041 | Saina Sason Shamilov<br>Fenwick & West LLP<br>Silicon Valley Street<br>801 California Street<br>Mountain View, CA 94041 |
| | Todd R. Gregorian<br>Fenwick & West LLP<br>Silicon Valley Street<br>801 California Street<br>Mountain View, CA 94041 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 5, 2008, at San Francisco, California.

        By:    /s/ Carol Alexander
                    Carol Alexander

LEGAL_US_W # 58844339.1