1 | DAVID L. HAYES (CSB No. 122894)
  | (dhayes@fenwick.com)
2 | MICHAEL J. SACKSTEDER (CSB No. 191605)
  | (msacksteder@fenwick.com)
3 | FENWICK & WEST LLP
  | 555 California Street
4 | 12th Floor
  | San Francisco, CA 94104
5 | Telephone:   (415) 875-2300
  | Facsimile:   (415) 281-1350
6 |
  | SAINA S. SHAMILOV (CSB No. 216636)
7 | (sshamilov@fenwick.com)
  | TODD R. GREGORIAN (CSB NO. 236096)
8 | (tgregorian@fenwick.com)
  | FENWICK & WEST LLP
9 | Silicon Valley Center, 801 California Street
  | Mountain View, CA  94041
10 | Telephone:   (650) 988-8500
   | Facsimile:   (650) 938-5200
11 |
   | Attorneys for Plaintiff
12 | SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 4:07-cv-04187 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FILING REVISED JOINT CASE MANAGEMENT STATEMENT** |

WHEREAS, the Court's April 8, 2008 Order directs the parties to file a Joint Case Management Statement proposing a new schedule by June 9, 2008; and

WHEREAS the parties have engaged in the process of negotiating a new proposed schedule, but have not yet completed that process,

The deadline to file a Joint Case Management Statement proposing a new schedule is

STIPULATION AND PROPOSED ORDER
RE CLAIM CONSTRUCTION SCHEDULE                                             CASE NO. 4:07-CV-04187 SBA

1  extended by two weeks, until June 23, 2008.

2  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

3  Dated: June 6, 2008                                      FENWICK & WEST LLP

4                                                           By: /s/ Michael Sacksteder
5                                                               Michael Sacksteder

6                                                           Attorneys for Plaintiff SAP Akteingesellschaft

7  Dated: June 6, 2008

8                                                           By: /s/ Andrew Spangler
9                                                               Andrew Spangler

10                                                          Attorneys for Defendant i2 Technologies, Inc.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Michael Sacksteder, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6 day of June, 2008, at San Francisco, California.

Dated: June 6, 2008                                         FENWICK & WEST LLP

                                                            By: /s/ Michael Sacksteder
                                                                Michael Sacksteder

                                                            Attorneys for Plaintiff SAP Akteingesellschaft

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008

                                                            _____
                                                            The Honorable Saundra Brown Armstrong
                                                            United States District Judge
                                                            Northern District of California

STIPULATION AND PROPOSED ORDER
RE CLAIM CONSTRUCTION SCHEDULE         2                    CASE NO. 4:07-CV-04187 SBA