1  DAVID L. HAYES (CSB No. 122894)
     (dhayes@fenwick.com)
2  MICHAEL J. SACKSTEDER (CSB No. 191605)
     (msacksteder@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street
4  12th Floor
   San Francisco, CA 94104
5  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350

6  SAINA S. SHAMILOV (CSB No. 216636)
7    (sshamilov@fenwick.com)
   TODD R. GREGORIAN (CSB NO. 236096)
8    (tgregorian@fenwick.com)
   FENWICK & WEST LLP
9  Silicon Valley Center, 801 California Street
   Mountain View, CA  94041
10 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200

   Attorneys for Plaintiff
12 SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>  Plaintiff,<br>v.<br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 4:07-cv-04187 SBA<br><br>**STIPULATION AND ORDER REGARDING DEADLINE FOR FILING REVISED JOINT CASE MANAGEMENT STATEMENT** |

WHEREAS, the Court's April 8, 2008 Order directs the parties to file a Joint Case Management Statement proposing a new schedule by June 9, 2008; and

WHEREAS the parties have engaged in the process of negotiating a new proposed schedule, but have not yet completed that process,

The deadline to file a Joint Case Management Statement proposing a new schedule is

STIPULATION AND PROPOSED ORDER
RE CLAIM CONSTRUCTION SCHEDULE                                    CASE NO. 4:07-CV-04187 SBA

extended by two weeks, until June 23, 2008.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 6, 2008　　　　　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　　　　By:/s/  Michael Sacksteder
　　　　　　　　　　　　　　　　　　　　　　　Michael Sacksteder

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff SAP Akteingesellschaft

Dated:   June 6, 2008

　　　　　　　　　　　　　　　　　　　　　By:/s/  Andrew Spangler
　　　　　　　　　　　　　　　　　　　　　　　Andrew Spangler

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant i2 Technologies, Inc.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael Sacksteder, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6 day of June, 2008, at San Francisco, California.

Dated:  June 6, 2008　　　　　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　　　　By:/s/  Michael Sacksteder
　　　　　　　　　　　　　　　　　　　　　　　Michael Sacksteder

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff SAP Akteingesellschaft

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 9, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　Northern District of California