1  DAVID L. HAYES (CSB No. 122894)
    (dhayes@fenwick.com)
2  MICHAEL J. SACKSTEDER (CSB No. 191605)
    (msacksteder@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street
4  12th Floor
   San Francisco, CA 94104
5  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350

6
   SAINA S. SHAMILOV (CSB No. 216636)
7   (sshamilov@fenwick.com)
   TODD R. GREGORIAN (CSB NO. 236096)
8   (tgregorian@fenwick.com)
   FENWICK & WEST LLP
9  Silicon Valley Center, 801 California Street
   Mountain View, CA  94041
10 Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200

11
   Attorneys for Plaintiff
12 SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br>v.<br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:07-cv-04187 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT** |

WHEREAS, the parties have entered into a Settlement Agreement ("Agreement") covering this action and an action pending in the Eastern District of Texas, and

WHEREAS under the terms of that Agreement, that parties will stipulate to dismissal of all claims and counterclaims with prejudice following the satisfaction of certain conditions, but

WHEREAS satisfaction of said conditions is not expected to occur for several weeks:

The parties respectfully request a stay of the proceedings to permit the aforementioned

Case 4:07-cv-04187-SBA     Document 87     Filed 06/26/2008     Page 2 of 3


1  conditions to be satisfied in advance of dismissal.

2  Accordingly, all current deadlines in this matter are hereby VACATED, and all
3  proceedings are STAYED for sixty (60) days. The parties shall file either a stipulated dismissal
4  or a Joint Case Management Statement by August 25, 2008.

5  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

6  Dated: June 26, 2008                                   FENWICK & WEST LLP

7                                                        By:/s/ Michael Sacksteder
8                                                            Michael Sacksteder

9                                                        Attorneys for Plaintiff SAP Akteingesellschaft

10 Dated: June 26, 2008

11
12                                                       By:/s/ David Sochia
                                                             David Sochia

13                                                       Attorneys for Defendant i2 Technologies, Inc.

14
15                          **ATTESTATION PURSUANT TO GENERAL ORDER 45**

16  I, Michael Sacksteder, attest that concurrence in the filing of this document has been
17  obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed
18  document.

19  I declare under penalty of perjury under the laws of the United States of America that the
20  foregoing is true and correct. Executed this 26th day of June, 2008, at San Francisco, California.

21  Dated: June 26, 2008                                   FENWICK & WEST LLP

22                                                        By:/s/ Michael Sacksteder
23                                                            Michael Sacksteder

24                                                       Attorneys for Plaintiff SAP Akteingesellschaft

25  ///
26  ///
27  ///
28  ///

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: _____, 2008

  _____
  The Honorable Saundra Brown Armstrong
  United States District Judge
  Northern District of California