1  DAVID L. HAYES (CSB No. 122894)
    (dhayes@fenwick.com)
2  MICHAEL J. SACKSTEDER (CSB No. 191605)
    (msacksteder@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:    (415) 281-1350

6  SAINA S. SHAMILOV (CSB No. 216636)
    (sshamilov@fenwick.com)
7  TODD R. GREGORIAN (CSB No. 236096)
    (tgregorian@fenwick.com)
8  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
9  Mountain View, CA  94041
   Telephone:   (650) 988-8500
10 Facsimile:    (650) 938-5200

11 Attorneys for Plaintiff
   SAP AKTIENGESELLSCHAFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 4:07-cv-04187 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONAL DISMISSAL PENDING FINALIZATION OF SETTLEMENT** |

　　　WHEREAS, the parties have entered into a Settlement Agreement ("Agreement") covering this action and an action pending in the Eastern District of Texas, and

　　　WHEREAS under the terms of that Agreement, that parties will stipulate to dismissal of all claims and counterclaims with prejudice following the satisfaction of certain conditions, but

　　　WHEREAS satisfaction of said conditions is not expected to occur for several weeks:

1  The parties respectfully request a conditional dismissal of the proceedings to permit the
2  aforementioned conditions to be satisfied.
3  Accordingly, having been notified that the parties have reached a settlement in this matter,
4  all claims and counterclaims are hereby dismissed with prejudice.  In the event that the settlement
5  is not finalized, any party may move to reopen this matter within sixty (60) days.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  July 16, 2008

By:       /s/ Michael J. Sacksteder
          Michael J. Sacksteder

FENWICK & WEST LLP

Attorneys for Plaintiff
SAP AKTEINGESELLSCHAFT

Dated:  July 16, 2008

By:       /s/ Andrew W. Spangler
          Andrew W. Spangler

SPANGLER LAW P.C.

Attorneys for Defendant
i2 TECHNOLOGIES, INC.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Michael Sacksteder, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of July, 2008, at San Francisco, California.

Dated:  July 16, 2008

FENWICK & WEST LLP

By:       /s/ Michael J. Sacksteder
          Michael J. Sacksteder

Attorneys for Plaintiff
SAP AKTEINGESELLSCHAFT

/ / /

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  Dated: _____, 2008    _____
     The Honorable Saundra Brown Armstrong
5     United States District Judge
     Northern District of California
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28