AO 120 (Rev. 2/99)

| TO: Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District California___ on the following ✔ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV 07-04187 JCS | DATE FILED<br>8/15/07 | U.S. DISTRICT COURT<br>450 Golden Gate Avenue, 16th Floor, Box 36060, SF CA 94102 |
|---|---|---|
| PLAINTIFF<br>SAP AKTIENGESELLSCHAFT | | DEFENDANT<br>I2 TECHNOLOGIES |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | *PLEASE SEE ATTACH COMPLAINT* |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

***STIPULATION AND ORDER OF DISMISSAL, Entered on 07/17/08***

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK  Jessie Mosley | DATE  07/18/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy

1  DAVID L. HAYES (CSB No. 122894)
     (dhayes@fenwick.com)
2  MICHAEL J. SACKSTEDER (CSB No. 191605)
     (msacksteder@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone:  (415) 875-2300
5  Facsimile:  (415) 281-1350

6  SAINA S. SHAMILOV (CSB No. 216636)
     (sshamilov@fenwick.com)
7  TODD R. GREGORIAN (CSB No. 236096)
     (tgregorian@fenwick.com)
8  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
9  Mountain View, CA 94041
   Telephone:  (650) 988-8500
10 Facsimile:  (650) 938-5200

11 Attorneys for Plaintiff
   SAP AKTIENGESELLSCHAFT

E-FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#89

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AKTIENGESELLSCHAFT, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>i2 TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:07-cv-04187 SBA<br><br>**STIPULATION AND ORDER REGARDING CONDITIONAL DISMISSAL PENDING FINALIZATION OF SETTLEMENT** |

WHEREAS, the parties have entered into a Settlement Agreement ("Agreement") covering this action and an action pending in the Eastern District of Texas, and

WHEREAS under the terms of that Agreement, that parties will stipulate to dismissal of all claims and counterclaims with prejudice following the satisfaction of certain conditions, but

WHEREAS satisfaction of said conditions is not expected to occur for several weeks:

1  The parties respectfully request a conditional dismissal of the proceedings to permit the
2  aforementioned conditions to be satisfied.

3  Accordingly, having been notified that the parties have reached a settlement in this matter,
4  all claims and counterclaims are hereby dismissed with prejudice. In the event that the settlement
5  is not finalized, any party may move to reopen this matter within sixty (60) days.

6  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

7  Dated: July 16, 2008                                By:_____/s/ Michael J. Sacksteder_____
8                                                          Michael J. Sacksteder

9                                                      FENWICK & WEST LLP

10                                                     Attorneys for Plaintiff
                                                       SAP AKTEINGESELLSCHAFT

11  Dated: July 16, 2008

12                                                     By:_____/s/ Andrew W. Spangler_____
13                                                         Andrew W. Spangler

14                                                     SPANGLER LAW P.C.

15                                                     Attorneys for Defendant
                                                       i2 TECHNOLOGIES, INC.
16

17  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

18  I, Michael Sacksteder, attest that concurrence in the filing of this document has been
19  obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed
20  document.

21  I declare under penalty of perjury under the laws of the United States of America that the
22  foregoing is true and correct. Executed this 16th day of July, 2008, at San Francisco, California.

23  Dated: July 16, 2008                                FENWICK & WEST LLP
24
25                                                     By:_____/s/ Michael J. Sacksteder_____
                                                           Michael J. Sacksteder
26
                                                       Attorneys for Plaintiff
27                                                     SAP AKTEINGESELLSCHAFT

28  / / /

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/17/08

*[signature]*

The Honorable Saundra Brown Armstrong
United States District Judge
Northern District of California